MHN

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) TYRONE OWENS )

v.   07CV6800

Defendant(s) SHERIFF TOM DART   JUDGE HOLDERMAN
MAGISTRATE JUDGE ASHMAN

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, TYRONE OWENS, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

**FILED**

DEC 03 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____   2750 S. CALIFORNIA AVE
Movant's Signature         Street Address

11-27-07                   CHGO, IL. 60608
Date                       City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: MARTIN C. ASHMAN                         Case Number: 01-6579

Case Title: TYRONE OWENS V. OFFICERS WALKER ET. AL.

Appointed Attorney's Name: WILDMAN, HARROLD, ALLEN & DIXON

If this case is still pending, please check box ☐

---

Assigned Judge: CLIFFORD J. PROUD                         Case Number: 02-942-DRH

Case Title: TYRONE OWENS V. ROGER E. WALKER ET. AL.

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____                         Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____                         Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐