IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MHN

TYRONE OWENS
   PLAINTIFF
      ET. AL.

v.

SHERIFF TOM DART
      ET. AL.

CS, #

FILED
DEC 0 3 2007 aew
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6800
JUDGE HOLDERMAN
MAGISTRATE JUDGE ASHMAN

## MOTION FOR CLASS CERTIFICATION

NOW COMES, TYRONE OWENS, PLAINTIFF, PRO SE AND REQUEST THAT THIS COURT GRANTS HIS MOTION FOR:

1. PLAINTIFF IS NOW ACTING PRO SE, AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY AS PRECEDENTED IN: HAINES v. KERNER 404 U.S.

2. PLAINTIFF REQUEST THIS COURT ALLOWS CLASS CERTIFICATION / CLASS ACTION AND ADD THE REMAINING 33 PLAINTIFFS TO THIS CAUSE.