UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
ET. AL.
PLAINTIFF

V.

SHERIFF TOM DART
Defendant    ET. AL.

CASE NO. 07-C-6800

JUDGE HOLDERMAN

MAGISTRATE JUDGE ASHMAN

**FILED**

DEC 1 8 2007

Dec 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR CLASS CERTIFICATION

NOW COMES, TYRONE OWENS, PLAINTIFF, PRO. SE. AND REQUEST THAT THIS COURT GRANT HIS MOTION FOR. CLASS CERTIFICATION. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1. PLAINTIFF IS NOW ACTING PRO. SE. AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD / STANDARDS THAN THAT OF AN ATTORNEY, AS PRESEDENTED IN; HAINES V. KERNER 404 US.

2. PLAINTIFF NOW REQUEST THE COURT MODIFY THE RECORD TO REFLECT THAT THIS CAUSE IS NOW A "CLASS ACTION" AND THAT ALL RECORD'S SHOULD REFLECT THE SAME. ALSO ALL FILINGS MAY BE SENT TO PLAINTIFF "TYRONE OWENS" UNTIL: AND IF A LAWYER IS APPOINTED TO THE CASE IF CLASS CERTIFICATION IS GRANTED.

3. DEFENDANTS HAS IMPLEMENTED THIS POLICY WHICH HAS AFFECTED ALL PRE-TRIAL DETAINEES LOCATED ON/IN DIVISION 1-H-3. A TOTAL OF 41 PRE-TRIAL DETAINEES, ALL CO-PLAINTIFFS HAS HAD THEIR CONSTITUTIONAL RIGHTS VIOLATED DEFENDANTS AS WELL.

4. PLAINTIFFS HAS COMPLIED WITH ALL DEPARTMENT REGULATIONS AND DEFENDANTS POLICIES ARE NOW IMPEDING THE ENTIRE DECK'S LITIGATION AND/OR DEFENSES.

5. PLAINTIFF'S ARE NOW COMPLETING ALL ADMINISTRATIVE REMEDIES (THEY HAVE BEEN REPEATEDLY REFUSING TO ANSWER OUR GRIEVANCES) INTENTIONALLY

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT GRANT HIS MOTION FOR CLASS CERTIFICATION AND INCLUDE THESE ADDITIONAL ~~DEFENDANTS~~ PLAINTIFFS AS MEMBERS OF THE CASE.

Tyrone Owens

PLAINTIFF PRO SE

TYRONE OWENS
20070076179
COOK COUNTY JAIL


STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )


VERIFICATION BY CERTIFICATION

5 NAME: James ~~Dicks~~ *ADDITIONAL PLAINTIFFS* 6/11/05,

ID # 20040035098 ~~~~

From list

LIST ALL ALIASES _____

X James Jackson

---

6 NAME: ~~(82 ERIC C WALKER.~~

ID # 2007008025| X

Removed from list

LIST OF ALIASES ~~Eric V. Walker~~

X Jazeric C Walker

---

7 NAME: ~~Matthew Smith~~    INCLUDE NAME
Matthew Smith

I-D # 2007 005 2046 ~~~~

X Matt Smith

LIST OF ALIASES _____

---

8 NAME: ~~Dakota Haynes~~ X    INCLUDE NAME
Dakota Haynes

I-D # ~~2010063837~~

LIST OF ALIASES _____

X Dakota Haynes

---

9 NAME: ~~ALBERTO COLIN~~    INCLUDE NAME
Alberto Colin
6/11/05

I-D # ~~2001000781632~~

LIST OF ALIASES _____

X Alberto Collie

---

10 NAME: Anthony Johnson    6/11/05

I-D # 2007004181|

LIST OF ALIASES _____

X Anthony Johnson

---

11 NAME: John Hummons

I-D # 20070076433 _____

LIST OF ALIASES _____

X John Hummons

9

⑫ James Ross x          Removed          x James Ross
200700682161           from list

⑬ Jose Carrizales x     Removed          x Jose Carrizales 6mos
20070040882            from list

⑭ Ephraim Brown x                        x Ephraim Brown 6mos
20070041294

⑮ Tony Polk x           Removed          x Tony Polk
ID # 200700880258      From list

⑯ Cornelius Osborne                       x Cornelius Osborne 6mos
ID # 200700050323

⑰ Freddie Guise    2½                     x _____ _____ 6mos
#ID 200400023817

⑱ Virgilio Torres                         x Virgilio Torres
#ID 200700078005

⑲ Jeffery Toby x        Shipped to IDOC   x Jeff Toby
#ID 200700078964       Removed
                       from list

⑳ Michael Workman   2½                    x _____ 6mos
200700078946

21) Marcus Bailey                                    x Marcus Bailey
20070076736

                    Shipped TO ILLINOIS DEPT OF CORRECTIONS
                                                                    6months
22) Percy MAdden        6months              x Percy madden
    #20060094604

                    Shipped to IDOC
                                                                    6months
23) David Luna X 2½r                         x David Luna
   X #20060086546

24) Barry Burrell      2                     x Barry Burrell    6months
    # 20060066096

25) Cardell English      2½                  x Cardell English  6months
     2007 00 38229

26) Byron Hunter   X                         x Byron Hunter
⊗  20070081953

27) Rashad Green , Rashad Green  X            x Rashad Green     6months
X     20070054090         pending

28) Roosevelt Canady) X 6months              x Roosevelt Canady  6months
X    20070052225          pending

29) Darnell Wells                            x Darnell Wells
    20070082622

30 Robbie Horton X
2007001932
6months
*Robbie Horton*

31 Lester Gaffin X 6mont. Include Pending 6months
2000005065
G Big L

32 John Lindsey X 6months
20060091234
G4 LiL Johnny
Pending 6months
*John Lindsey*

33 Justin Rosemond X
20070081039
H3
*Justin Rosemond*

~~John Hammons~~
~~20070076433~~
~~H3~~
*~~John Hammons~~*

34 LEVAR MARQUES BEECHAM X
20070043657
H3
*LeVar Beecham*

35 Antonio Morris 6months
20080036729
H-3
6months
*Antonio Morris*

36 JAMES JACKSON 7Months
200700 4042
H-3
6mos
*James Jackson*

37 Thomas LANE
20070023321
*Thomas Lane*

38 Name JOSE VALdez
ID# 2005-002-5023
List of all Aliases                          x Jose Valdez

39 Name EARL BOX
ID# 2005 005 8987
List of all Aliases                          Earl Box

40 Rashad Green
I.D# 20070054090                             y Rashad Green
List of all Aliases

41 Roosevelt Canady
Io# 2007005            5                      x Roosevelt Canady
List of all Aliases

42. Ramone Griffin
I D# 2006 0088113                            x Ramone Griffin  9 mos
List of all Aliases                             IDOC K68821

STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
PLAINTIFFS  ET. AL,

V.

SHERIFF TOM DART
DEFENDANTS        ET. AL,

CASE NO. 07-C-6800
JDG. HOLDER NOAN
MAG. JDG. ASHMAN

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT
    U.S. DIST. CRT. CLERK
    219 S. DEARBORN
    CHGO, IL, 60604

TO:

I, TYRONE OWENS, DO CERTIFY THAT I PLACED IN THE MAIL AT COOK CO. JAIL, THE FOLLOWING: TO BE MAILED TO THE ABOVE ENTITLED PERSON/S ON 12/13/07 1 MOTION AND 3 COPIES OF MOTIONS FOR CLASS CERTIFICATION, 12 CO-PLAINTIFFS FORMA PAUPERIS WITH 6 MOS. ACCOUNT BALANCES.

I CERTIFY THAT I AM A MEMBE IN THE ABOVE MENTIONED CAUSE, AND THAT THE ~~THAT~~ ALL ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE,

TYRONE OWENS   20070076179

STATE OF ILLINOIS)
                 )
COUNTY OF COOK   )

7/18/02

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

TYRONE OWENS
_____ Plaintiff _____ ET. AL.

v.

SHERIFF
TOM DART &
_____ Defendant(s) _____ et al

CASE NUMBER 07-C-6800

JUDGE HOLDERMAN/ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, TYRONE OWENS, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      ☒Yes      ☐No   (If "No," go to Question 2)
    I.D. # 20070076179 ___ Name of prison or jail: COOK COUNTY JAIL
    Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: θ

2.  Are you currently employed?      ☐Yes      ☒No
    Monthly salary or wages: θ
    Name and address of employer: θ

    a.  If the answer is "No":
        Date of last employment:_____
        Monthly salary or wages:_____
        Name and address of last employer: DYNAMIC SECURITY

    b.  Are you married?      ☐Yes      ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                    ☐Yes      ☒No
        Amount_____ Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment      ☐Yes      ☑No

Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends      ☐Yes      ☑No

Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☑ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                          ☐Yes      ☐No

Amount  S 64_____Received by_____

e.    ☐ Gifts or ☐ inheritances      ☐Yes      ☑No

Amount_____Received by_____

f.    ☐Any other sources (state source:_____)   ☐Yes      ☑No

Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?      ☐Yes      ☑No      Total amount:_____

In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?      ☐Yes      ☑No

Property:_____ Current Value:_____

In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?      ☐Yes      ☑No

Address of property:_____

Type of property:_____ Current value:_____

In whose name held:_____ Relationship to you:_____

Amount of monthly mortgage or loan payments:_____

Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                            ☐Yes      ☑No

Property:_____

Current value:_____

In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

CARMELIA L. OWENS        SADE M. OWENS

_____

*200 7007 6179*
*DIV-1 - H3*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __11+2+07__

_____
Signature of Applicant

__TYRONE OWENS__
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, __Tyrone Owens__, I.D.# __200 7007 6179__, has the sum of $ __.40__ on account to his/her credit at (name of institution) __Cook Cty Dept of Correction__ I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ __132.00__. (Add all deposits from all sources and then divide by number of months).

__11/20/07__
DATE

__Soc Worker Dean__
SIGNATURE OF AUTHORIZED OFFICER

__Soc Worker Dean__
(Print name)

rev. 7/18/02

-3-



# ARAMARK

Managed Services
*Managed Better.*

| Number Search | Name Search | Transactions | Orders | | Exit |

### 20070076179  - OWENS, TYRONE
### BALANCE: $0.40

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 11/14/2007 | ORDER DEBIT | -3.10 | 0.40 |
| 11/08/2007 | ORDER DEBIT | -95.98 | 3.50 |
| 10/25/2007 | ORDER DEBIT | -76.50 | 99.48 |
| 10/12/2007 | ORDER DEBIT | -88.02 | 175.98 |
| 10/09/2007 | CREDIT | 264.00 | 264.00 |

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TYRONE OWENS 20070076179

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

               vs.

SHERIFF TOM DART

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**    **Plaintiff(s):**

A.    Name: TYRONE OWENS

B.    List all aliases: _____ NONE

C.    Prisoner identification number: __2007 007 6179

D.    Place of present confinement: COOK COUNTY JAIL

E.    Address: 2650 S. CALIFORNIA AVE.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: TOD DART

Title: SHERIFF OF COOK COUNTY

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

B.    Defendant: ? DOMINGUIZ

Title: DIRECTOR OF JAIL

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( ✓ )  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( ✓ )  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

FILED THREE GRIEVANCES

2.    What was the result?

THEY WEREN'T EVER RESPONDED TO

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D.    If your answer is **NO**, explain why not:

I ATTEMPTED TO EXUAST MY REMEDIES, BUT THE DEFENDANTS ARE IMPEDING MY LITIGATION

3

Revised:   7/20/05

E.    Is the grievance procedure now completed?   YES ( )   NO (✓)

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )

G.    If your answer is **YES**:

    1.    What steps did you take?

    2.    What was the result?

H.    If your answer is **NO**, explain why not:

4

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: TYRONE OWENS V. WALKER, BURTON TIMMS et al

B. Approximate date of filing lawsuit: 2000

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: OFFICERS: WALKER, TIMMS, BURTON, ACEVEDO

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: MARTIN C. ASHMAN

G. Basic claim made: TORTURE, BEATINGS, CONSPIRACY

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SETTLED OUT OF COURT

I. Approximate date of disposition: 2004

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

OTHER CASES I'VE FILED

2. TYRONE OWENS v. ROGER E. WALKER et.al.

2002

DEFENDANTS, BURGESS et al
SOUTHERN DISTRICT , BEATINGS      (DISMISSED ?)

3

## V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

COUNT (1) 14TH AMENDMENT, 8TH AMENDMENT / CREUL AND USUAL PUNISHMENT, DUE PROCESS BEGNNING                     : THE DEFENDANTS  IMPLEMENTED A NEW POLICY WHICH VIOLATES OUR CONSTITUTIONAL RIGHTS.BY FORCING (PRE-TRIAL DETAINEE'S) TO LOCK UP IN OUR CELL 19-23 HOURS A DAY. THIS MORNING I WAS ORDERED TO GET OFF OF THE PHONE AND I HAD ONLY BEEN OUT MY CELL FOR ONE HOUR TO  USE THE PHONE AND TO SHOWER AND TO TRY TO GET SOME SUPPORT TO GET OUT OF JAIL.

DAILY I'VE BEEN FORCED TO ENDURE VERY RESTRICTIVE AND PUNISHING CON-ITIONS AS THOUGH I WAS A "CONVICTED FELON" THIS IS WHAT I WROTE IN MY GRIEVANCE'S ... THIS MORNING I WAS ORDERED TO GET OFF OF THE PHONE, AND TOLD TO "LOCK UP" I BEGGED THE OFFICER TO ALLOW ONE TO USE THE PHONE FOR (15) MORE MINUTES, SO THAT I COULD SPEAK WITH MY FAMILY AND MY ATTORNEY (WHOM I WAS TRYING TO HIRE THROUGH MY FAMILY) HE SAID NO. HE RULES ARE TO KEEP YALL LOCKED IN YOUR CELLS UNTIL YOU GET ARRESTED OR RELEASED, WHEN WE ARE ALLOWED OUT OF OUR CELLS FOR THE ONE OR TWO A DAY, ... A WITNESS WHO COULD AND WOULD PROVE MY INNOCENCE. THERE IS ONLY ONE PHONE ON THE UNIT FOR US (40 PRE-TRIAL DETAINEES) THERE'S NOT ENOUGH TIME TO USE THE PHONE TO ASSIST OUR CASES, WITH A 20 MIN. TIME LIMIT TO TALK AND IT TAKES 5-10 MINS TO GET CONNECTED, WITH ONLY 1-2 HOURS OUTSIDE OF THE CELLS THAT ONLY ALLOWS 6 PEOPLE TO USE THE PHONES A DAY, AND THE SHOWERS TAKE LONGER ONLY ALLOWING 3-4 PEOPLE TO SHOWER A DAY, IN SEVERAL GRIEVANCES I MENTIONED THAT "SINCE WERE NOT 'CONVICTED FELONS' WE MUST BE HELD TO A LESS STRINGENT STANDARD THAN CONVICTED FELONS, AND NOT LOCKED UP 23 HOURS A DAY - IMPEDING OUR LEGAL DEFENCE. & LITIGATION IN ALL COUNTS LISTED IN THIS CAUSE, DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, AS A RESULT OF DEFENDANTS ACTIONS I NOW SUFFER

FROM SEVERE HEADACHES, SEVERE DEPRESSION, LOST OF WITNESSES TO PROVE MY INNOCENCE. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD & WOULD CAUSE PLAINTIFF SEVERE IRREPARABLE INJURIES. DEFENDANTS DID SO KNOWINGLY AND MALICIOUSLY AND INTENTIONALLY WITH THE INTENT TO CAUSE PLAINTIFF INJURY. AND DID SO FOR NO PENOLOGICAL PURPOSE.

COUNT ② 8TH AMENDMENT/CRUEL AND USUAL PUNISHMENT, 14TH AMENDMENT DUE PROCESS.

  BEGINING 11/15/07 I HAVE BEEN FORCED TO USE THE TOILET (SOMETIMES) TO BATHE AND TO WASH MY UNDERWEAR, BECAUSE THE DEFENDANTS REFUSE TO REPAIR MY SINK AND THE SHOWER EITHER. (THE SHOWER WORKS SOMETIMES) *causing me INJURIES.* IN THE SHOWER THERE ARE SOME LITTE BLACK WORMS, MILDEW, SLIM AND THE DRAIN BACKS UP OFTEN FORCING ME TO STAND IN SEWER WATER. AND MOLD. MY DRINKING WATER COMES OUT RED OR SOMETIMES BROWN. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS WOULD CAUSE ME SEVERE INJURIES. DEFENDANTS DID SO MALICIOUSLY AND INTENTIONALLY 2 CAUSE INJURY. AS A RESULT OF DEFENDANTS ACTIONS PLAINTIFF SUFFERS FROM ATHELETES FOOT, SEVERE DEPRESSION, SEVERE HEADACHES AND SKIN IRRITATION. DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

COUNT ③

  RETALIATION AND 1ST AMENDMENT FREEDOM OF SPEECH

ON OR ABOUT 11/18/07 DEFENDANTS BEGAN RETALITATING AGAINST ME BECAUSE I FILED SEVERAL ▓▓ ▓▓▓▓ GRIEVANCES. ⓐ DEFENDANTS REFUSED TO ANSWER MY GRIEVANCES. ⓑ MY MAIL AND REQUEST SLIPS NEVER ARE DELIVERED. ⓒ DEFENDANTS TOLD MANY DETAINEES WHAT KIND OF CHARGES I HAVE AND CONSPIRED WITH THEM TO START FIGHTS WITH ME. DEFENDANTS ARE TAKING PIECES OF MY MAIL OUT OF MY ENVELOPES, AND CUTTING MY MAIL 2 PIECES. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS WOULD  CAUSE

7                                                                Revised:  1/20/05

PLAINTIFF SEVERELY IRREPARABLY INJURIOUS DEFENDANTS MALICIOUSLY
AND INTENTIONALLY WITH THE INTENT TO CAUSE INJURIES. AS A RESULT OF
DEFENDANTS ACTIONS PLAINTIFF NOW SUFFERS FROM SEVERE DEPRESSION, SEVERE
HEADACHES AND LOST OF SUPPORT.

7-A

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF PRAYS THIS COURT AWARD HIM $500.000 COMPENSATORY DAMAGES OR $250,00 A DAY FOR TIME SPENT IN VIOLATION OF HIS RIGHTS. 3.5 MILLION FOR PUNITIVE DAMAGES. IMMEDIATE CHANGE IN POLICY/MORE HOURS OUTSIDE OF CELL

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __27__ day of __NOV__ , 20__07__

_(signature)_

(Signature of plaintiff or plaintiffs)

TYRONE OWENS
(Print name)

20070076179
(I.D. Number)

COOK COUNTY JAIL
2650 S. CALIFORNIA AVE.
P.O. BOX #089002
(Address)

8

Revised: 7/20/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

TYRONE OWENS

       PLAINTIFF

         ET. AL.

                            CS. #

   v.

SHERIFF TOM DART

       ET. AL.

## MOTION FOR CLASS CERTIFICATION

NOW COMES, TYRONE OWENS, PLAINTIFF, PRO SE AND REQUEST THAT THIS COURT GRANTS HIS MOTION FOR:

1. PLAINTIFF IS NOW ACTING PRO SE, AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY AS PRECEDENTED IN: HAINES V. KERNER 404 U.S.

2. PLAINTIFF REQUEST THIS COURT ALLOWS CLASS CERTIFICATION / CLASS ACTION AND ADD THE REMAINING 33 PLAINTIFFS TO THIS CAUSE.

EMERGENCY

(14)

H-3

Part-A / Control #: ___ X ___
Referred To: _____
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____  First Name: _____

ID #: _____  Div.: ___  Living Unit: H-3  Date: __ / __ / __

BRIEF SUMMARY OF THE COMPLAINT: ON THE ABOVED DATE I WAS ORDERED OFF
THE PHONE AND TOLD TO "LOCK UP" I NEVER GET ENOUGH TIME TO
MAKE CALLS AND SHOWER AND PREPARE A DEFENCE ON MY CASE
MORE SO NOW. BECAUSE THE RULES HERE VIOLATE MY CONSTITUTI-
ONAL RIGHTS BY FORCING ME A(DETAINEE)TO GO INTO A LOCKDOWN
CELL WHEN ATTORNEY OFFICES ARE OPEN, AND FURTHER CAUSING
ME IRREPARABLE DAMAGES LOCKING ME INSIDE MY CELL FOR
19-23 HOURS A DAY, PREVENTING ME FROM CALLING MY FAMILY
AND OTHER SUPPORTERS. THIS SEVERE AND UNUSUAL PUNISHMENT
IS CAUSING ME TO SUFFER FROM HEADACHES AND DEPRESSION.
I WAS TOLD (BY MY LAWYER) TO CALL HIS OFFICE TO ARRANGE LEGAL FEES.
① MATTHEW SMITH 2007005204 ② DARIUS HUGHES 2007000 3837 ③ ALVARO COLON _____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
IMMEDIATE CHANGE OF POLICY IE LEAVE US OUT FOR 11-12 DAILY T/BECAUSE

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: [signature]  DATE C.R.W. RECEIVED: 11 / 14 / __

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

NOW I'M FORCED TO GO TO COURT WITHOUT MY LAWYER. THE OFFICER WHO ORDERED US TO "LOCK UP" TOLD US THAT WE SHOULD GO TO THE LAW LIBRARY AND READ A "GENERAL ORDER" THAT WAS READ AT ROLL-CALL. ALMOST WEEKLY, SINCE I'VE BEEN IN COOK COUNTY JAIL. THE JAIL HAS IMPLEMENTED NEW RULE'S WHICH VIOLATE'S THE CONSTITUTIONAL RIGHTS OF (PRE-TRIAL) DETAINEE'S. RULES THAT IMPEDES THE PRE-TRIAL DETAINEES TRIAL PREPARATION, THERBY PLACING A SEPARATE BURDEN ON THE DETAINEE'S. [HOW TO FIGHT FOR HIS LIFE AT TRIAL, WITH ONLY A SHORT AMOUNT OF TIME, TO BE OUT SIDE THE CELL AND ONLY ONE TELEPHONE TO BE USED BY 20 INMATES WHO ALSO NEED'S TO USE IT FOR ABOUT AN HOUR APEICE. BUT THE PHONE ONLY WORKS SOMETIMES!

WHEN I ASKED AN OFFICER. "WHY ARE YOU TREATING US LIKE CONVICTED FELONS"? HE SAID YOU GUY'S SHOULD BE HAPPY, THIS IS PART OF IDOC PROCEDURE. "IDOC" STANDS FOR ILLINOIS DEPARTMENT OF CORRECTIONS.

WE WERE TOLD THAT WE NEED TO BE LOCKED UP UNTIL TRIAL IS OVER.

Part  B / Control # _Z-07 X ____

# C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _Owens_   **First Name:** _Tyrone_   **ID#** _2007-0021129_

**Is This Grievance An Emergency?**   YES ☐   NO ☑

**C.R.W.'S Summary Of The Complaint:** _Detainee alleges not enough time due to the lock down policy to prepare for his defense_

**C.R.W. Referred Griev. To:** _Supt Div-1_   **Date Referred:** _11 / 14 / 07_

**Response Statement:** _____

_____

_____

_____

_____ - _____ **Date:** _/ / / / /_ **Div./Dept.** _1_
**(print- name of individual responding to this griev.)**   (signature of individual responding to this griev.)

_____ - _____ **Date:** _// / / /_ **Div./Dept.** _2_
**(print - name of Supt. / Designee / Dept. Admin.)**   (signature of Supt. / Designee / Dept. Admin.)

_____ - _____ **Date:** _11 / / /_
**(print - name of Prog. Serv. Admin. / Asst. Admin.)**   (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** _11 / / /_ **Detainee Signature:** _____

# REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** _____ / _____ / _____

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**   YES ☐   NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

_____

**Appeal Board's Signatures / Dates:**

_____   _____   _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ____ / ____ / ____ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

_Michael Workman_
**Plaintiff**    E t · A L

v.

_Sheriff Tom Dart_
**Defendant(s)**    E t A L

CASE NUMBER _07-C-6800_

JUDGE 50 _HOLDERMAN / Ashman_

---

_Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:_

I, _Michael Workman_ , declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?        ☒Yes        ☐No    (If "No," go to Question 2)
    I.D. #_2007C045096_  Name of prison or jail: _Cook County Department of Corrections_
    Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2.  Are you currently employed?            ☐Yes        ☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.   If the answer is "No":
         Date of last employment:_____
         Monthly salary or wages:_____
         Name and address of last employer:_____

    b.   Are you married?            ☐Yes        ☒No
         Spouse's monthly salary or wages:_____
         Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? _Mark an X in either "Yes" or "No", and then check all boxes that apply in each category._

    a.   Salary or wages                                ☐Yes        ☒No
    Amount_____    Received by_____

b.  ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☑ No
Amount_____Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☑ No
Amount_____Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
    compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☑ No
Amount_____Received by_____

e.  ☐ Gifts or ☐ inheritances    ☐ Yes    ☑ No
Amount_____Received by_____

f.  ☐ Any other sources (state source:_____)    ☐ Yes    ☑ No
Amount_____Received by_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or
    savings accounts?          ☐ Yes    ☑ No    Total amount:_____
    In whose name held:_____ Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other
    financial instruments?    ☐ Yes    ☑ No
    Property:_____ Current Value:_____
    In whose name held:_____ Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments,
    condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☑ No
    Address of property:_____
    Type of property:_____ Current value:_____
    In whose name held:_____ Relationship to you:_____
    Amount of monthly mortgage or loan payments:_____
    Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
    homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☑ No

    Property:_____
    Current value:_____
    In whose name held:_____ Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and
    indicate how much you contribute monthly to their support. If none, check here ☑ No dependents

    _____
    _____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _November 17, 2007_

_____
Signature of Applicant

_Michael Workman_
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Michael Workman_, I.D.# _20070045096_, has the sum of $ _4.60_ on account to his/her credit at (name of institution) _Cook Cty Dept of Correction_. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _206.00_ (Add all deposits from all sources and then divide by number of months).

_12/4/07_
DATE

_See Worker Dean_
SIGNATURE OF AUTHORIZED OFFICER

_See Worker Dean_
(Print name)

rev. 7/18/02

-3-



## **TRANSACTION REPORT**
### Print Date: 12/04/2007

| Inmate Name: | WORKMAN, MICHAEL | Balance: | $4.60 |
|---|---|---|---|

Inmate Number: 20070045096
Inmate DOB:    12/11/1975

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 11/28/2007 | ORDER DEBIT | -57.71 | 4.60 |
| 11/19/2007 | ORDER DEBIT | -59.76 | 62.31 |
| 11/14/2007 | ORDER DEBIT | -58.18 | 122.07 |
| 11/08/2007 | ORDER DEBIT | -46.03 | 180.25 |
| 11/06/2007 | CREDIT | 200.00 | 226.28 |
| 11/01/2007 | ORDER DEBIT | -72.20 | 26.28 |
| 10/27/2007 | RETURN CREDIT | 7.98 | 98.48 |
| 10/25/2007 | ORDER DEBIT | -79.76 | 90.50 |
| 10/18/2007 | ORDER DEBIT | -48.62 | 170.26 |
| 10/15/2007 | RETURN CREDIT | 7.50 | 218.88 |
| 10/12/2007 | ORDER DEBIT | -63.12 | 211.38 |
| 10/09/2007 | CREDIT | 200.00 | 274.50 |
| 10/08/2007 | RETURN CREDIT | 2.25 | 74.50 |
| 10/04/2007 | ORDER DEBIT | -60.40 | 72.25 |
| 09/27/2007 | ORDER DEBIT | -59.04 | 132.65 |
| 09/21/2007 | ORDER DEBIT | -41.11 | 191.69 |
| 09/17/2007 | CREDIT | 200.00 | 232.80 |
| 09/15/2007 | RETURN CREDIT | 1.60 | 32.80 |
| 09/14/2007 | ORDER DEBIT | -44.49 | 31.20 |
| 09/06/2007 | ORDER DEBIT | -79.76 | 75.69 |
| 08/31/2007 | ORDER DEBIT | -80.98 | 155.45 |
| 08/24/2007 | ORDER DEBIT | -81.31 | 236.43 |
| 08/16/2007 | ORDER DEBIT | -67.90 | 317.74 |
| 08/13/2007 | CREDIT | 300.00 | 385.64 |
| 08/10/2007 | ORDER DEBIT | -48.71 | 85.64 |
| 08/06/2007 | RETURN CREDIT | 6.50 | 134.35 |
| 08/01/2007 | ORDER DEBIT | -36.29 | 127.85 |
| 08/01/2007 | CREDIT | 85.00 | 164.14 |
| 07/30/2007 | RETURN CREDIT | 3.50 | 79.14 |
| 07/26/2007 | ORDER DEBIT | -53.28 | 75.64 |
| 07/25/2007 | CREDIT | 85.00 | 128.92 |
| 07/23/2007 | RETURN CREDIT | 2.00 | 43.92 |
| 07/21/2007 | ORDER DEBIT | -70.58 | 41.92 |
| 07/13/2007 | CREDIT | 85.00 | 112.50 |
| 07/12/2007 | ORDER DEBIT | -72.70 | 27.50 |
| 07/03/2007 | CREDIT | 85.00 | 100.20 |
| 06/29/2007 | ORDER DEBIT | -84.80 | 15.20 |

| 06/21/2007 | CREDIT | 100.00 | 100.00 |

© 2004 ARAMARK Corporation. All Rights Reserved.

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

Barry Burrell   2006-006-6096
_____
Plaintiff   Et-AL

v.

Tom
Sheriff Dart   Et-AL
_____
Defendant(s)

CASE NUMBER 07-C-6800

JUDGE HOLDERMAN/ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Barry Burrell _____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
    I.D. # 2006-006-6096 ____ Name of prison or jail: Cook County Department of Corrections
    Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2.  Are you currently employed?   ☐Yes   ☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.  If the answer is "No":
        Date of last employment: N/A
        Monthly salary or wages:_____
        Name and address of last employer:_____
        _____

    b.  Are you married?   ☐Yes   ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____
        _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages
        Amount_____ Received by_____   ☐Yes   ☒No

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐ Yes    ☒ No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends                      ☐ Yes    ☒ No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
      compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                      ☐ Yes    ☒ No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances                                       ☐ Yes    ☒ No
Amount_____Received by_____

f.    ☐ Any other sources (state source:_____ )      ☐ Yes    ☒ No
Amount_____Received by_____

4.   Do you or anyone else living at the same address have more than $200 in cash or checking or
     savings accounts?              ☐ Yes       ☒ No      Total amount:_____
     In whose name held:_____ Relationship to you:_____

5.   Do you or anyone else living at the same address own any stocks, bonds, securities or other
     financial instruments?                                          ☐ Yes    ☒ No
     Property:_____   Current Value:_____
     In whose name held:_____   Relationship to you:_____

6.   Do you or anyone else living at the same address own any real estate (houses, apartments,
     condominiums, cooperatives, two-flats, three-flats, etc.)?       ☐ Yes    ☒ No
     Address of property:_____
     Type of property:_____   Current value:_____
     In whose name held:_____   Relationship to you:_____
     Amount of monthly mortgage or loan payments:_____
     Name of person making payments:_____

7.   Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
     homes or other items of personal property with a current market value of more than $1000?
                                                                      ☐ Yes    ☒ No
     Property:_____
     Current value:_____
     In whose name held:_____   Relationship to you:_____

8.   List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
     _____
     _____

STATE OF ILLINOIS )
COUNTY OF COOK )
                )    SS
                )
                )
                )
                )

## AFFIDAVIT

I Barry Burrell do swear that the Following is true to the best of my Knowledge, And If called to testify I would Do so swearing to the facts Herein:

On or About 3/01/07 I witnessed the defendants implement a policy that violates my constitutional rights, i.e. Defendants only allow me outside my cell for up to one (1) hour a day. (Depending on the Officer). And I'm only a "Pre-Trial" detainee" and must be held to a less stringent standard than that of a convicted Felon. While out of my cell for the "hour" (with 30 Plus) other detainee's I must shower, and use the phone and it takes 5 mins. to get connected and The call last 20 mins, thats 25 mins. thats only enough time for 2 people to use the phone, as a result, I suffer from severe Headaches, severe depression, and loss of Defence of my case due to not enough time out. This statement is my own and its True.

I, Barry Burrell          being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

_____
AFFIANT

Notarized Under and by 735 ILCS 5-109, Under Purjury

Subscribed and affirmed to before me

this  11  day of Dec. , 2007

_____
Notary Public

*Barry Burrell*
*2006-006-6096*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11-15-07_

_Barry J Burrell_
Signature of Applicant

_Barry Burrell_
(Print Name)

------------------------------------------------------------

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Barry Burrell_, I.D.# _2006006.6069_ has the sum

of $ _16.71_ on account to his/her credit at (name of institution) _Cook Cty Dept of Correction_

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $ _58.00_

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_12/19/07_
DATE

_See Worker Dean_
SIGNATURE OF AUTHORIZED OFFICER

_See Worker Dean_
(Print name)

rev. 7/18/02

-3-



**ARAMARK**  Managed Services
*Managed Better.*

## **TRANSACTION REPORT**
### Print Date: 11/29/2007

Inmate Name:    BURRELL, BARRY                  Balance:      $16.71
Inmate Number: 20060066096
Inmate DOB:     12/24/1981

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 11/19/2007 | ORDER DEBIT | -1.87 | 16.71 |
| 11/14/2007 | ORDER DEBIT | -82.86 | 18.58 |
| 11/13/2007 | CREDIT | 50.00 | 101.44 |
| 11/06/2007 | CREDIT | 50.00 | 51.44 |
| 11/01/2007 | ORDER DEBIT | -6.05 | 1.44 |
| 10/18/2007 | ORDER DEBIT | -44.50 | 7.49 |
| 10/15/2007 | CREDIT | 50.00 | 51.99 |
| 10/12/2007 | ORDER DEBIT | -2.00 | 1.99 |
| 09/27/2007 | ORDER DEBIT | -29.82 | 3.99 |
| 09/24/2007 | RETURN CREDIT | 3.96 | 33.81 |
| 09/21/2007 | ORDER DEBIT | -32.57 | 29.85 |
| 09/17/2007 | CREDIT | 50.00 | 62.42 |
| 08/24/2007 | ORDER DEBIT | -7.02 | 12.42 |
| 08/16/2007 | ORDER DEBIT | -39.36 | 19.44 |
| 08/10/2007 | ORDER DEBIT | -41.55 | 58.80 |
| 08/06/2007 | CREDIT | 50.00 | 100.35 |
| 08/03/2007 | CREDIT | 50.00 | 50.35 |
| 08/01/2007 | ORDER DEBIT | -1.00 | 0.35 |
| 06/29/2007 | ORDER DEBIT | -48.93 | 1.35 |
| 06/25/2007 | CREDIT | 50.00 | 50.28 |
| 06/14/2007 | ORDER DEBIT | -3.12 | 0.28 |
| 06/09/2007 | RETURN CREDIT | 3.12 | 3.40 |
| 06/08/2007 | ORDER DEBIT | -3.12 | 0.28 |
| 06/01/2007 | ORDER DEBIT | -46.62 | 3.40 |
| 05/25/2007 | CREDIT | 50.00 | 50.02 |
| 05/11/2007 | ORDER DEBIT | -16.90 | 0.02 |
| 05/04/2007 | ORDER DEBIT | -36.76 | 16.92 |
| 04/30/2007 | CREDIT | 50.00 | 53.68 |
| 04/27/2007 | ORDER DEBIT | -13.02 | 3.68 |
| 04/20/2007 | ORDER DEBIT | -33.54 | 16.70 |
| 04/16/2007 | CREDIT | 50.00 | 50.24 |
| 04/13/2007 | ORDER DEBIT | -3.90 | 0.24 |
| 03/29/2007 | ORDER DEBIT | -34.10 | 4.14 |
| 03/23/2007 | ORDER DEBIT | -19.08 | 38.24 |
| 03/16/2007 | ORDER DEBIT | -42.88 | 57.32 |
| 03/12/2007 | CREDIT | 100.00 | 100.20 |
| 03/09/2007 | ORDER DEBIT | -0.78 | 0.20 |

| 03/02/2007 | ORDER DEBIT | -8.60 | 0.98 |
|---|---|---|---|
| 02/23/2007 | ORDER DEBIT | -15.47 | 9.58 |
| 02/16/2007 | ORDER DEBIT | -8.79 | 25.05 |
| 02/13/2007 | CREDIT | 20.00 | 33.84 |
| 02/09/2007 | ORDER DEBIT | -36.79 | 13.84 |
| 02/06/2007 | CREDIT | 50.00 | 50.63 |
| 02/02/2007 | ORDER DEBIT | -0.78 | 0.63 |
| 01/22/2007 | RETURN CREDIT | 0.78 | 1.41 |
| 01/19/2007 | ORDER DEBIT | -0.78 | 0.63 |
| 12/29/2006 | ORDER DEBIT | -48.97 | 1.41 |
| 12/26/2006 | CREDIT | 50.00 | 50.38 |
| 12/15/2006 | RETURN CREDIT | 0.15 | 0.38 |
| 12/15/2006 | ORDER DEBIT | -4.70 | 0.23 |
| 12/08/2006 | ORDER DEBIT | -30.10 | 4.93 |
| 11/17/2006 | CREDIT | 25.00 | 35.03 |
| 11/17/2006 | ORDER DEBIT | -39.97 | 10.03 |
| 11/13/2006 | CREDIT | 50.00 | 50.00 |
| 11/10/2006 | ORDER DEBIT | -32.88 | 0.00 |
| 11/03/2006 | CREDIT | 30.00 | 32.88 |
| 11/02/2006 | ORDER DEBIT | -12.41 | 2.88 |
| 10/26/2006 | ORDER DEBIT | -51.68 | 15.29 |
| 10/25/2006 | CREDIT | 50.00 | 66.97 |
| 10/12/2006 | ORDER DEBIT | -33.54 | 16.97 |
| 10/10/2006 | CREDIT | 50.00 | 50.51 |
| 10/06/2006 | ORDER DEBIT | -3.90 | 0.51 |
| 10/02/2006 | RETURN CREDIT | 1.65 | 4.41 |
| 09/28/2006 | ORDER DEBIT | -65.82 | 2.76 |
| 09/25/2006 | CREDIT | 50.00 | 68.58 |
| 09/22/2006 | ORDER DEBIT | -15.47 | 18.58 |
| 09/15/2006 | ORDER DEBIT | -43.48 | 34.05 |
| 09/11/2006 | CREDIT | 50.00 | 77.53 |
| 09/08/2006 | ORDER DEBIT | -27.47 | 27.53 |
| 09/05/2006 | CREDIT | 50.00 | 55.00 |
| 08/28/2006 | CREDIT | 5.00 | 5.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ALBERTO COLIN
_____ Plaintiff _____
            ET. AL.

v.

SHERIFF
TOM DART
_____ Defendant(s) _____
            ET. AL.

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

CASE NUMBER  07-C-6800

JUDGE  Holderman/Ashman

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ALBERTO COLIN , declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒Yes     ☐No  (If "No," go to Question 2)
   I.D. #2000007000032 Name of prison or jail: COOK COUNTY JAIL
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: NO.CC

2. Are you currently employed?     ☐Yes     ☒No
   Monthly salary or wages: -0-
   Name and address of employer: -0-

   a. If the answer is "No":
      Date of last employment: 10/0/0
      Monthly salary or wages: $1,200 monthly
      Name and address of last employer: AREN LANDSCAPING,
      ADDISON ILLINOIS

   b. Are you married?     ☐Yes     ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount_____ Received by_____     ☐Yes     ☒No

b.　　☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☒No
Amount_____Received by_____

c.　　☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☒No
Amount_____Received by_____

d.　　☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　　　　　　　　　　　　　　　　　　　　　　　　　　☐Yes　　☒No
Amount_____Received by_____

e.　　☐ Gifts or ☐ inheritances　　☐Yes　　☒No
Amount_____Received by_____

f.　　☐Any other sources (state source:_____)　　☐Yes　　☒No
Amount_____Received by_____

4.　Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?　　　　　☐Yes　　☒No　　Total amount:_____
In whose name held:_____Relationship to you:_____

5.　Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?　　　　　　　　　　☐Yes　　☒No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6.　Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?　　☐Yes　　☒No
Address of property:_____
Type of property:_____Current value:_____
In whose name held:_____Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.　Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
　　　　　　　　　　　　　　　　　　　　　　　　☐Yes　　☒No
Property:_____
Current value:_____
In whose name held:_____Relationship to you:_____

8.　List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

STATE OF ILLINOIS )

COUNTY OF COOK )

)        SS

)

)

)

)

## AFFIDAVIT

I ALBERTO COLIN SWEAR THAT THE FOLLOWING IS TRUE TO BEST OF MY KNOWLEDGE AND IF CALLED TO TESTIFY I WOULD DO SO SWEARING TO THE FACTS HEREIN.

ON MARCH 1,07 I ALBERTO COLIN WITNESS COOK COUNTY JAIL STAFF IMPOSE A POLICY THAT VIOLATES MY CONSTITUTIONAL RIGHTS. AS OF MARCH 1,07 COOK COUNTY JAIL STAFF ALLOWS ME TO BE OUTSIDE MY CELL FOR (2) TWO HOURS A DAY. IT'S UNFAIR BECAUSE AT THIS MOMENT I'M ONLY A "DETAINEE"! I MUST BE HELD TO A LESS STRINGENT STANDARD THAN THAT OF A CONVICTED FELON. WHEN I'M OUT MY CELL FOR THE "HOURS" (WITH 30 PLUS) OTHER "PRE-TRIAL DETAINEES" I MUST SHOWER AND OCCUPY THE PHONE TO MAKE IMPORTANT CALLS. WHICH APPROXIMATELY TAKES 5 MINUTES TO GET CONNECTED WITH THE INDIVIDUAL, PLUS THE TIME LIMIT ON THE PHONE CALL IS 20 MINUTES. WHEN DONE, IT'S →

I, ALBERTO COLIN being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

NOTARIZED UNDER AND BY 735 ILCS 5-109, UNDER PURJURY

_alberto colin_
**AFFIANT**

ALBERTO COLIN

Subscribed and affirmed to before me

this ___11___ day of ___11___ , 200_7_

_alberto colin_

Notary Public

NEARLY A HALF HOUR THERE'S ONLY ENOUGH TIME FOR SEVERAL OTHER DATAINEES TO USE THE PHONE (IF A CHANCE). AS A RESULT, I SUFFER FROM MAJOR HEADACHES, MENTALLY DEPRESSION AND CAN'T CONCE-RTRATE WHICH HAS GENERATED TO LOST OF DEFENCE ON MY CASE DUE TO NOT ENOUGH TIME OUT. "THIS STATEMENT IS MY OWN AND IT'S TRUE!"

*ALBERTO COLON*
*# 2006 0078632*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *11/13/07*

_____
Signature of Applicant

*ALBERTO COLON*
(Print Name)

---

**NOTICE TO PRISONERS:**  A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, *Alberto Colon*, I.D. # *2006 0078632* has the sum of $ *7.09*  on account to his/her credit at (name of institution) *Cook Cty Dept of Correction* I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ *88.00*

(Add all deposits from all sources and then divide by number of months).

*12/4/07*
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

*Soc Worker Dean*
(Print name)

rev. 7/18/02

-3-



## **TRANSACTION REPORT**
Print Date: 12/04/2007

Inmate Name:   COLON, ALBERTO                    Balance:        $7.09
Inmate Number: 20060078632
Inmate DOB:    9/23/1983

|            |               | Amount  | Balance |
|------------|---------------|---------|---------|
| Stamp      | Transaction   |         |         |
| 11/28/2007 | ORDER DEBIT   | -31.07  | 7.09    |
| 11/20/2007 | CREDIT        | 30.00   | 38.16   |
| 11/19/2007 | ORDER DEBIT   | -6.55   | 8.16    |
| 11/14/2007 | ORDER DEBIT   | -25.55  | 14.71   |
| 11/14/2007 | CREDIT        | 40.01   | 40.26   |
| 11/08/2007 | ORDER DEBIT   | -2.50   | 0.25    |
| 11/01/2007 | ORDER DEBIT   | -24.56  | 2.75    |
| 10/25/2007 | ORDER DEBIT   | -26.59  | 27.31   |
| 10/23/2007 | CREDIT        | 50.00   | 53.90   |
| 10/18/2007 | ORDER DEBIT   | -23.08  | 3.90    |
| 10/12/2007 | ORDER DEBIT   | -53.06  | 26.98   |
| 10/09/2007 | CREDIT        | 30.00   | 80.04   |
| 10/04/2007 | ORDER DEBIT   | -57.11  | 50.04   |
| 09/27/2007 | CREDIT        | 50.00   | 107.15  |
| 09/27/2007 | ORDER DEBIT   | -42.28  | 57.15   |
| 09/21/2007 | CREDIT        | 51.00   | 99.43   |
| 09/21/2007 | ORDER DEBIT   | -37.44  | 48.43   |
| 09/21/2007 | CREDIT        | 30.00   | 85.87   |
| 09/21/2007 | CREDIT        | 20.00   | 55.87   |
| 09/19/2007 | CREDIT        | 35.00   | 35.87   |
| 09/06/2007 | ORDER DEBIT   | -29.19  | 0.87    |
| 08/31/2007 | CREDIT        | 30.00   | 30.06   |
| 08/31/2007 | ORDER DEBIT   | -0.15   | 0.06    |
| 08/24/2007 | ORDER DEBIT   | -16.82  | 0.21    |
| 08/16/2007 | ORDER DEBIT   | -14.79  | 17.03   |
| 08/14/2007 | CREDIT        | 30.00   | 31.82   |
| 08/01/2007 | ORDER DEBIT   | -33.77  | 1.82    |
| 07/30/2007 | CREDIT        | 35.00   | 35.59   |
| 07/26/2007 | ORDER DEBIT   | -1.56   | 0.59    |
| 07/21/2007 | ORDER DEBIT   | -17.85  | 2.15    |
| 07/17/2007 | CREDIT        | 20.00   | 20.00   |
| 07/12/2007 | ORDER DEBIT   | -2.82   | 0.00    |
| 07/05/2007 | ORDER DEBIT   | -19.69  | 2.82    |
| 06/28/2007 | ORDER DEBIT   | -29.15  | 22.51   |
| 06/25/2007 | CREDIT        | 50.00   | 51.66   |
| 06/15/2007 | ORDER DEBIT   | -47.55  | 1.66    |
| 06/12/2007 | CREDIT        | 30.00   | 49.21   |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 06/08/2007 | ORDER DEBIT | -26.25 | 19.21 |
| 06/04/2007 | CREDIT | 25.00 | 45.46 |
| 06/01/2007 | ORDER DEBIT | -28.23 | 20.46 |
| 05/25/2007 | CREDIT | 30.00 | 48.69 |
| 05/25/2007 | ORDER DEBIT | -31.36 | 18.69 |
| 05/21/2007 | CREDIT | 50.01 | 50.05 |
| 05/11/2007 | ORDER DEBIT | -3.16 | 0.04 |
| 05/04/2007 | ORDER DEBIT | -7.03 | 3.20 |
| 04/27/2007 | ORDER DEBIT | -9.97 | 10.23 |
| 04/24/2007 | CREDIT | 20.00 | 20.20 |
| 04/05/2007 | ORDER DEBIT | -0.45 | 0.20 |
| 03/23/2007 | ORDER DEBIT | -23.11 | 0.65 |
| 03/22/2007 | CREDIT | 20.00 | 23.76 |
| 03/16/2007 | ORDER DEBIT | -8.58 | 3.76 |
| 03/09/2007 | ORDER DEBIT | -26.17 | 12.34 |
| 03/06/2007 | CREDIT | 30.00 | 38.51 |
| 03/05/2007 | RETURN CREDIT | 3.90 | 8.51 |
| 03/02/2007 | ORDER DEBIT | -25.48 | 4.61 |
| 02/27/2007 | CREDIT | 30.00 | 30.09 |
| 02/23/2007 | ORDER DEBIT | -0.60 | 0.09 |
| 02/16/2007 | ORDER DEBIT | -39.43 | 0.69 |
| 02/13/2007 | CREDIT | 40.00 | 40.12 |
| 02/09/2007 | ORDER DEBIT | -2.97 | 0.12 |
| 02/02/2007 | ORDER DEBIT | -24.55 | 3.09 |
| 01/29/2007 | CREDIT | 25.00 | 27.64 |
| 01/26/2007 | ORDER DEBIT | -47.38 | 2.64 |
| 01/23/2007 | CREDIT | 50.00 | 50.02 |
| 01/19/2007 | ORDER DEBIT | -2.26 | 0.02 |
| 01/12/2007 | ORDER DEBIT | -11.72 | 2.28 |
| 01/05/2007 | ORDER DEBIT | -16.47 | 14.00 |
| 12/29/2006 | ORDER DEBIT | -19.98 | 30.47 |
| 12/27/2006 | CREDIT | 50.00 | 50.45 |
| 12/22/2006 | ORDER DEBIT | -10.74 | 0.45 |
| 12/15/2006 | RETURN CREDIT | 1.56 | 11.19 |
| 12/15/2006 | ORDER DEBIT | -10.19 | 9.63 |
| 12/08/2006 | ORDER DEBIT | -18.55 | 19.82 |
| 12/01/2006 | ORDER DEBIT | -7.26 | 38.37 |
| 11/29/2006 | CREDIT | 30.01 | 45.63 |
| 11/22/2006 | ORDER DEBIT | -39.98 | 15.62 |
| 11/14/2006 | CREDIT | 50.01 | 55.60 |
| 11/02/2006 | ORDER DEBIT | -45.04 | 5.59 |
| 10/31/2006 | CREDIT | 50.01 | 50.63 |
| 10/26/2006 | ORDER DEBIT | -65.09 | 0.62 |
| 10/25/2006 | CREDIT | 30.00 | 65.71 |
| 10/18/2006 | CREDIT | 30.00 | 35.71 |
| 10/17/2006 | RETURN CREDIT | 0.95 | 5.71 |
| 10/12/2006 | ORDER DEBIT | -35.24 | 4.76 |
| 10/11/2006 | CREDIT | 40.00 | 40.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

Ramone Griffin
**Plaintiff**          et, al

v.

Sheriff Tom Dart
**Defendant(s)**    et. al.

CASE NUMBER 07-C-6800

JUDGE HOLDERMAN/ASHMAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, RAMONE GRIFFIN , declare that I am the ☑plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☑ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑Yes          ☐No    (If "No," go to Question 2)
   I.D. # 20060083113 _____ Name of prison or jail: COOK COUNTY JAIL _____
   Do you receive any payment from the institution? ☐Yes ☑No   Monthly amount:_____

2. Are you currently employed?          ☐Yes          ☑No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?          ☐Yes          ☑No
      Spouse's monthly salary or wages:_____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes          ☑No
   Amount_____    Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☑ No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☑ No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                           ☐ Yes    ☑ No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☑ No
Amount_____Received by_____

f.    ☐ Any other sources (state source:_____)  ☐ Yes    ☑ No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☑ No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☑ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☑ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                               ☐ Yes    ☑ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
ANGEL R. GRIFFIN
_____
_____

RAMONE GRIFFIN
20060088113
 A-3

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date:  _11-30-07_

_Ramone Griffin_
Signature of Applicant

_RAMONE GRIFFIN_
(Print Name)

---

**NOTICE TO PRISONERS:**  A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Ramone Griffin_, I.D.# _20060088113_, has the sum of $ _26_ on account to his/her credit at (name of institution) _Cook City Dept of Corection_ I further certify that the applicant has the following securities to his/her credit: _____ . I further certify that during the past six months the applicant's average monthly deposit was $ _22,00_ (Add all deposits from all sources and then divide by number of months).

_12/5/07_
DATE

_Soc Worker Dean_
SIGNATURE OF AUTHORIZED OFFICER

_Soc Worker Dean_
(Print name)

rev. 7/18/02



# ARAMARK
Managed Services
## Managed Better®

| Number Search | Name Search | Transactions | Orders | ✉ | Exit |

### 20060088113  - GRIFFIN, RAMONE T.
### BALANCE: $0.26

| Stamp | Transaction | Amount | Balance |
|-------|-------------|--------|---------|
| 09/27/2007 | ORDER DEBIT | -30.18 | 0.26 |
| 09/26/2007 | CREDIT | 30.00 | 30.44 |
| 03/23/2007 | ORDER DEBIT | -0.75 | 0.44 |
| 03/16/2007 | ORDER DEBIT | -1.00 | 1.19 |
| 03/09/2007 | ORDER DEBIT | -0.97 | 2.19 |
| 01/12/2007 | ORDER DEBIT | -3.11 | 3.16 |
| 01/11/2007 | ORDER DEBIT | -1.78 | 6.27 |
| 12/29/2006 | ORDER DEBIT | -1.53 | 8.05 |
| 12/22/2006 | ORDER DEBIT | -12.63 | 9.58 |
| 12/15/2006 | ORDER DEBIT | -19.68 | 22.21 |

[Next 3 Records]

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

Part-A / Control # _____ X _____

Referred To: _____

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

---

Detainee Last Name: **Griffin**          First Name: **Ramone**

ID #: 2006-0088113  Div.: L  Living Unit: E4  Date: 08/23/07

BRIEF SUMMARY OF THE COMPLAINT: _____ Trinees Housed in living
one have been placed on re-strictiv lock down
for simply being in a maximum security division
We were not given a reason why, nor given
proper notice _____ _____ _____
charged with a disciplinary _____ _____
_____ _____ to Corporal such punishment
and restriction with out due process. This in_____
Violation of the due process clause embeded in
The Fifth and Fourteenth Amendment of the
Constitution, which prohibits Federal and State
government respectfully from depriving any person
_____ _____ property with due process _____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____

### DETAINEE SIGNATURE: _Ramone Griffin_

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: ___/__/____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY   PROG. SERV.)   (YELLOW COPY   C.R.W.)   (PINK COPY   DETAINEE)   (GOLDENROD COPY   DIVISION/SUPT. OFFICE)

1 COPY

STATE OF ILLINOIS )
COUNTY OF COOK )
                              )    SS
                              )
                              )
                              )

### AFFIDAVIT

I RAMONE GRIFFIN DO SWEAR THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE. AND IF CALLED TO TESTIFY, I WOULD DO SO SWEARING TO THE FACTS HEREIN: ON OR ABOUT 2007 I WITNESSED THE DEFENDANTS IMPLEMENT A POLICY THAT VIOLATES MY CONSTITUTIONAL RIGHTS. i.e. DEFENDANTS ONLY ALLOW ME OUTSIDE MY CELL FOR UP TO ONE (1) HOUR A DAY. AND I'M ONLY A "PRE-TRIAL DETAINEE" AND MUST BE HELD TO A LESS STRINGENT STANDARD THAN THAT OF A CONVICTED FELON. WHILE OUT MY CELL FOR THE "HOUR" (WITH 30 PLUS) OTHER DETAINEE'S I MUST SHOWER, AND USE THE PHONE AND IT TAKES 5 MINS. TO GET CONNECTED AND THE CALL LAST 20 MINS. THAT'S 25 MINS. THAT'S ONLY ENOUGH TIME FOR TWO PEOPLE TO USE THE PHONE. AS A RESULT, I SUFFER FROM SEVERE HEADACHES, SEVERE DEPRESSION AND LOST OF DEFENCE OF MY CASE DUE TO NOT ENOUGH TIME OUT. THIS STATEMENT IS MY OWN AND IT'S TRUE

I, RAMONE GRIFFIN being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

_Ramone Griffin_
**AFFIANT**

Subscribed and affirmed to before me this _4th_ day of _December_, 200_7_

_Carmella K Richardson_
**Notary Public**

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/10

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

REDDY Guise 2004002817
_____
Plaintiff  ET AL

v.

Sheriff, Dart
_____
Defendant(s)  Et AL

CASE NUMBER  07-C-6800

JUDGE  Holderman/Ashman

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, FREDDIE GUISE, declare that I am the ☑plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☑ in support of my motion for appointment of counsel, or ☑ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑Yes    ☐No (If "No," go to Question 2)
   I.D. # 2004002817 ___ Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution? ☐Yes ☑No  Monthly amount: _____

2. Are you currently employed?    ☐Yes    ☑No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment:  N/A
      Monthly salary or wages:_____
      Name and address of last employer: _____

   b. Are you married?    ☐Yes    ☑No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes    ☑No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment       ☐Yes       ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends                    ☐Yes       ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                 ☐Yes       ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances                                      ☐Yes       ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____ )            ☐Yes       ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?           ☐Yes       ☒No       Total amount:_____
   In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                                    ☐Yes       ☒No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?      ☐Yes       ☒No
   Address of property:_____
   Type of property:_____ Current value:_____
   In whose name held:_____ Relationship to you:_____
   Amount of monthly mortgage or loan payments:_____
   Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐Yes       ☒No
   Property:_____
   Current value:_____
   In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
   _____
   _____

-2-

STATE OF ILLINOIS  )
                   )
COUNTY OF COOK     )
                   )    SS
                   )
                   )
                   )
                   )

## AFFIDAVIT

I FREDDIE GUISE Do Swear That the following is true to the best of my knowledge And if called to testify I would do so Swearing to the fact Here In on or about 3-07 I witness the defendant Implement a policy that violates my constitutional right ie Defendant only allow me outside my cell for up to one or maybe two Hours a day and I'm only a pre-trial detainer and must be held to a lesser Stringent Standard than that of a convicted felon. Plus ~~Just~~ I'm out with more than 20 other detainer on my hours I might not get a chance to shower or Use the phone and it take 3 mins To get connected and the call last up to 20 mins That's 23 min. Some people make more than one call That only enough time for two to Four people on a hour or two. And the shower are nasty there fungs in the area to. As result I suffer from Severe depression, Headaches and lost of defense due to not enough time out this is a true Statement

I, _FREDDIE GUISE_____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Notarized under and by 735 ILCS
5-109, Under Purjury

_Freddie Guise_
**AFFIANT**

FREDDIE GUISE

Subscribed and affirmed to before me

this __11__ day of __12__ , 200_7_

_Freddie Guise_
Notary Public

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11- 13 - 07_

_Freddie Guise_
Signature of Applicant

_FREDDIE GUISE_
(Print Name)

------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Freddie Guise_, I.D.# _2004 0023017_ has the sum of $ _29.56_ on account to his/her credit at (name of institution) _Cook City Dept of Correction_ I further certify that the applicant has the following securities to his/her credit: _—————_. I further certify that during the past six months the applicant's average monthly deposit was $ _29.00_ (Add all deposits from all sources and then divide by number of months).

_12/4/07_
DATE

_Soc Worker Dean_
SIGNATURE OF AUTHORIZED OFFICER

_Soc Worker DEAN_
(Print name)

rev. 7/18/02



Managed Services
*Managed Better.*

## **TRANSACTION REPORT**
Print Date: 12/04/2007

Inmate Name:    GUISE, FREDDIE                Balance:        $29.56
Inmate Number: 20040023017
Inmate DOB:     11/29/1984

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 11/28/2007 | ORDER DEBIT | -56.58 | 29.56 |
| 11/27/2007 | CREDIT | 30.00 | 86.14 |
| 11/19/2007 | CREDIT | 11.00 | 56.14 |
| 11/19/2007 | CREDIT | 45.00 | 45.14 |
| 10/12/2007 | ORDER DEBIT | -1.56 | 0.14 |
| 09/24/2007 | RETURN CREDIT | 1.56 | 1.70 |
| 09/21/2007 | ORDER DEBIT | -2.16 | 0.14 |
| 09/06/2007 | ORDER DEBIT | -38.05 | 2.30 |
| 08/28/2007 | CREDIT | 40.00 | 40.35 |
| 06/27/2007 | ORDER DEBIT | -8.83 | 0.35 |
| 06/20/2007 | ORDER DEBIT | -40.88 | 9.18 |
| 06/20/2007 | CREDIT | 50.00 | 50.06 |
| 06/06/2007 | ORDER DEBIT | -1.23 | 0.06 |
| 05/23/2007 | ORDER DEBIT | -40.29 | 1.29 |
| 05/23/2007 | CREDIT | 40.00 | 41.58 |
| 05/09/2007 | ORDER DEBIT | -50.40 | 1.58 |
| 05/09/2007 | CREDIT | 50.00 | 51.98 |
| 05/02/2007 | ORDER DEBIT | -28.20 | 1.98 |
| 04/26/2007 | CREDIT | 30.00 | 30.18 |
| 04/25/2007 | ORDER DEBIT | -4.60 | 0.18 |
| 04/14/2007 | RETURN CREDIT | 2.25 | 4.78 |
| 04/12/2007 | ORDER DEBIT | -47.80 | 2.53 |
| 04/11/2007 | CREDIT | 50.00 | 50.33 |
| 03/28/2007 | ORDER DEBIT | -3.12 | 0.33 |
| 03/21/2007 | ORDER DEBIT | -48.10 | 3.45 |
| 03/20/2007 | CREDIT | 50.00 | 51.55 |
| 03/14/2007 | ORDER DEBIT | -5.60 | 1.55 |
| 03/07/2007 | ORDER DEBIT | -43.05 | 7.15 |
| 03/07/2007 | CREDIT | 50.00 | 50.20 |
| 02/28/2007 | ORDER DEBIT | -48.40 | 0.20 |
| 02/21/2007 | ORDER DEBIT | -9.96 | 48.60 |
| 02/21/2007 | CREDIT | 50.00 | 58.56 |
| 02/20/2007 | RETURN CREDIT | 3.90 | 8.56 |
| 02/14/2007 | ORDER DEBIT | -79.78 | 4.66 |
| 02/14/2007 | CREDIT | 80.00 | 84.44 |
| 02/07/2007 | ORDER DEBIT | -45.70 | 4.44 |
| 02/07/2007 | CREDIT | 50.00 | 50.14 |

| Date | Type | Amount | Balance |
|---|---|---:|---:|
| 01/31/2007 | ORDER DEBIT | -4.90 | 0.14 |
| 01/24/2007 | ORDER DEBIT | -27.50 | 5.04 |
| 01/24/2007 | CREDIT | 30.00 | 32.54 |
| 01/15/2007 | RETURN CREDIT | 2.40 | 2.54 |
| 01/10/2007 | ORDER DEBIT | -50.30 | 0.14 |
| 01/08/2007 | CREDIT | 50.00 | 50.44 |
| 12/20/2006 | ORDER DEBIT | -9.80 | 0.44 |
| 12/20/2006 | CREDIT | 10.00 | 10.24 |
| 12/13/2006 | ORDER DEBIT | -40.35 | 0.24 |
| 12/06/2006 | ORDER DEBIT | -17.53 | 40.59 |
| 12/04/2006 | CREDIT | 30.00 | 58.12 |
| 11/29/2006 | ORDER DEBIT | -17.31 | 28.12 |
| 11/22/2006 | CREDIT | 30.00 | 45.43 |
| 11/21/2006 | CREDIT | 10.00 | 15.43 |
| 11/20/2006 | RETURN CREDIT | 4.63 | 5.43 |
| 11/15/2006 | ORDER DEBIT | -13.98 | 0.80 |
| 11/08/2006 | ORDER DEBIT | -7.35 | 14.78 |
| 11/01/2006 | ORDER DEBIT | -7.95 | 22.13 |
| 11/01/2006 | CREDIT | 30.00 | 30.08 |
| 10/25/2006 | ORDER DEBIT | -30.59 | 0.08 |
| 10/20/2006 | RETURN CREDIT | 0.60 | 30.67 |
| 10/20/2006 | CREDIT | 30.00 | 30.07 |
| 10/18/2006 | ORDER DEBIT | -0.60 | 0.07 |
| 10/05/2006 | ORDER DEBIT | -29.50 | 0.67 |
| 10/05/2006 | RETURN CREDIT | 28.40 | 30.17 |
| 10/04/2006 | ORDER DEBIT | -28.40 | 1.77 |
| 10/04/2006 | CREDIT | 30.00 | 30.17 |
| 09/20/2006 | ORDER DEBIT | -30.12 | 0.17 |
| 09/19/2006 | CREDIT | 30.00 | 30.29 |
| 09/13/2006 | ORDER DEBIT | -6.45 | 0.29 |
| 09/06/2006 | ORDER DEBIT | -23.40 | 6.74 |
| 09/05/2006 | CREDIT | 30.00 | 30.14 |
| 08/30/2006 | ORDER DEBIT | -50.91 | 0.14 |
| 08/25/2006 | CREDIT | 50.00 | 51.05 |
| 08/23/2006 | ORDER DEBIT | -38.95 | 1.05 |
| 08/23/2006 | CREDIT | 40.00 | 40.00 |
| 08/09/2006 | ORDER DEBIT | -30.34 | 0.00 |
| 08/08/2006 | CREDIT | 30.00 | 30.34 |
| 08/02/2006 | ORDER DEBIT | -4.40 | 0.34 |
| 07/26/2006 | ORDER DEBIT | -45.39 | 4.74 |
| 07/25/2006 | CREDIT | 50.00 | 50.13 |
| 07/19/2006 | ORDER DEBIT | -39.89 | 0.13 |
| 07/18/2006 | CREDIT | 40.00 | 40.02 |
| 06/28/2006 | ORDER DEBIT | -1.93 | 0.02 |
| 06/21/2006 | ORDER DEBIT | -15.75 | 1.95 |
| 06/15/2006 | CREDIT | 15.00 | 17.70 |
| 06/14/2006 | ORDER DEBIT | -37.94 | 2.70 |
| 06/13/2006 | CREDIT | 40.00 | 40.64 |
| 06/08/2006 | ORDER DEBIT | -39.78 | 0.64 |
| 06/07/2006 | CREDIT | 40.00 | 40.42 |
| 05/24/2006 | ORDER DEBIT | -4.70 | 0.42 |

| 05/22/2006 | RETURN CREDIT | 3.90 | 5.12 |
|---|---|---|---|
| 05/17/2006 | ORDER DEBIT | -48.82 | 1.22 |
| 05/16/2006 | CREDIT | 50.00 | 50.04 |
| 05/04/2006 | ORDER DEBIT | -10.05 | 0.04 |
| 04/27/2006 | ORDER DEBIT | -3.29 | 10.09 |
| 04/24/2006 | CREDIT | 10.00 | 13.38 |
| 04/19/2006 | ORDER DEBIT | -46.65 | 3.38 |
| 04/19/2006 | CREDIT | 50.00 | 50.03 |
| 04/12/2006 | ORDER DEBIT | -30.03 | 0.03 |
| 04/12/2006 | CREDIT | 30.00 | 30.06 |
| 03/23/2006 | CVOID-CREDIT | -40.00 | 0.06 |
| 03/23/2006 | CREDIT | 40.00 | 40.06 |
| 03/22/2006 | ORDER DEBIT | -40.50 | 0.06 |
| 03/22/2006 | CREDIT | 40.00 | 40.56 |
| 03/08/2006 | ORDER DEBIT | -40.53 | 0.56 |
| 03/08/2006 | CREDIT | 40.00 | 41.09 |
| 03/07/2006 | RETURN CREDIT | 0.65 | 1.09 |
| 03/01/2006 | ORDER DEBIT | -0.65 | 0.44 |
| 02/23/2006 | ORDER DEBIT | -58.05 | 1.09 |
| 02/15/2006 | ORDER DEBIT | -81.26 | 59.14 |
| 02/15/2006 | CREDIT | 40.00 | 140.40 |
| 02/14/2006 | CREDIT | 100.00 | 100.40 |
| 02/08/2006 | ORDER DEBIT | -49.97 | 0.40 |
| 02/08/2006 | CREDIT | 50.00 | 50.37 |
| 01/25/2006 | ORDER DEBIT | -8.29 | 0.37 |
| 01/18/2006 | ORDER DEBIT | -51.22 | 8.66 |
| 01/17/2006 | CREDIT | 40.00 | 59.88 |
| 01/04/2006 | ORDER DEBIT | -23.65 | 19.88 |
| 01/03/2006 | CREDIT | 40.00 | 43.53 |
| 12/20/2005 | ORDER DEBIT | -46.60 | 3.53 |
| 12/19/2005 | CREDIT | 40.00 | 50.13 |
| 12/16/2005 | CREDIT | 10.00 | 10.13 |
| 12/14/2005 | ORDER DEBIT | -40.34 | 0.13 |
| 12/14/2005 | CREDIT | 40.00 | 40.47 |
| 12/08/2005 | ORDER DEBIT | -2.60 | 0.47 |
| 11/30/2005 | ORDER DEBIT | -46.98 | 3.07 |
| 11/25/2005 | CREDIT | 10.00 | 50.05 |
| 11/23/2005 | CREDIT | 40.00 | 40.05 |
| 11/22/2005 | ORDER DEBIT | -36.73 | 0.05 |
| 11/17/2005 | ORDER DEBIT | -3.40 | 36.78 |
| 11/16/2005 | CREDIT | 40.00 | 40.18 |
| 11/02/2005 | ORDER DEBIT | -2.68 | 0.18 |
| 10/26/2005 | ORDER DEBIT | -29.06 | 2.86 |
| 10/26/2005 | CREDIT | 30.00 | 31.92 |
| 10/19/2005 | ORDER DEBIT | -0.80 | 1.92 |
| 10/12/2005 | ORDER DEBIT | -47.32 | 2.72 |
| 10/11/2005 | CREDIT | 50.00 | 50.04 |
| 10/05/2005 | ORDER DEBIT | -11.45 | 0.04 |
| 10/05/2005 | CREDIT | 11.00 | 11.49 |
| 09/28/2005 | ORDER DEBIT | -41.68 | 0.49 |
| 09/23/2005 | RETURN CREDIT | 41.13 | 42.17 |

| Date | Type | | |
|---|---|---:|---:|
| 09/21/2005 | ORDER DEBIT | -48.98 | 1.04 |
| 09/14/2005 | CREDIT | 50.00 | 50.02 |
| 08/31/2005 | ORDER DEBIT | -3.00 | 0.02 |
| 08/17/2005 | ORDER DEBIT | -47.14 | 3.02 |
| 08/16/2005 | CREDIT | 50.00 | 50.16 |
| 07/13/2005 | ORDER DEBIT | -40.36 | 0.16 |
| 07/13/2005 | CREDIT | 40.00 | 40.52 |
| 06/22/2005 | ORDER DEBIT | -39.81 | 0.52 |
| 06/15/2005 | CREDIT | 40.00 | 40.33 |
| 06/01/2005 | ORDER DEBIT | -0.03 | 0.33 |
| 05/18/2005 | ORDER DEBIT | -3.10 | 0.36 |
| 05/11/2005 | ORDER DEBIT | -37.26 | 3.46 |
| 05/11/2005 | CREDIT | 40.00 | 40.72 |
| 04/27/2005 | ORDER DEBIT | -49.92 | 0.72 |
| 04/26/2005 | CREDIT | 50.00 | 50.64 |
| 04/20/2005 | ORDER DEBIT | -34.38 | 0.64 |
| 04/20/2005 | CREDIT | 5.00 | 35.02 |
| 04/19/2005 | CREDIT | 30.00 | 30.02 |
| 04/13/2005 | ORDER DEBIT | -0.90 | 0.02 |
| 03/30/2005 | ORDER DEBIT | -39.90 | 0.92 |
| 03/29/2005 | CREDIT | 40.00 | 40.82 |
| 03/23/2005 | ORDER DEBIT | -20.70 | 0.82 |
| 03/18/2005 | CREDIT | 20.00 | 21.52 |
| 03/16/2005 | ORDER DEBIT | -40.61 | 1.52 |
| 03/14/2005 | CREDIT | 40.00 | 42.13 |
| 03/09/2005 | ORDER DEBIT | -38.64 | 2.13 |
| 03/02/2005 | ORDER DEBIT | -4.76 | 40.77 |
| 03/02/2005 | CREDIT | 40.00 | 45.53 |
| 02/23/2005 | ORDER DEBIT | -45.38 | 5.53 |
| 02/22/2005 | CREDIT | 50.00 | 50.91 |
| 02/09/2005 | ORDER DEBIT | -49.36 | 0.91 |
| 02/08/2005 | CREDIT | 50.00 | 50.27 |
| 12/27/2004 | ORDER DEBIT | -27.26 | 0.27 |
| 12/27/2004 | CREDIT | 25.00 | 27.53 |
| 12/19/2004 | ORDER DEBIT | -5.20 | 2.53 |
| 12/15/2004 | ORDER DEBIT | -32.94 | 7.73 |
| 12/15/2004 | CREDIT | 40.00 | 40.67 |
| 12/08/2004 | ORDER DEBIT | -4.45 | 0.67 |
| 11/29/2004 | CREDIT | 5.00 | 5.12 |
| 10/22/2004 | ORDER DEBIT | -1.26 | 0.12 |
| 10/13/2004 | ORDER DEBIT | -14.28 | 1.38 |
| 10/06/2004 | ORDER DEBIT | -3.20 | 15.66 |
| 10/06/2004 | CREDIT | 15.00 | 18.86 |
| 09/29/2004 | ORDER DEBIT | -16.18 | 3.86 |
| 09/20/2004 | CREDIT | 20.00 | 20.04 |
| 08/15/2004 | IMPORT CREDIT | 0.04 | 0.04 |

© 2004 ARAMARK Corporation. All Rights Reserved

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

*John Hummons*
_____
Plaintiff        Et-AL

v.

*Sheriff Tom Dart*
_____
Defendant(s)   Et-AL

CASE NUMBER *07-C-6800*

JUDGE *HOLDERMAN/ASHMAN*

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ~~2007007643~~ *John Hummons*, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Question 2)
   I.D. # *2007007643*_____ Name of prison or jail: *Cook County*_____
   Do you receive any payment from the institution? ☐ Yes ☒ No  Monthly amount: _____

2. Are you currently employed?    ☐ Yes    ☒ No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a.    If the answer is "No":
         Date of last employment: _____
         Monthly salary or wages: _____
         Name and address of last employer: _____

   b.    Are you married?    ☐ Yes    ☒ No
         Spouse's monthly salary or wages: _____
         Name and address of employer: _____

3.    Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

      a.    Salary or wages
      Amount _____ Received by _____    ☐ Yes    ☒ No

b.  ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☑No
Amount_____Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends                           ☐Yes          ☑No
Amount_____Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
    compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                        ☐Yes          ☑No
Amount_____Received by_____

e.  ☐ Gifts or ☐ inheritances                                             ☐Yes          ☑No
Amount_____Received by_____

f.  ☐Any other sources (state source:_____)          ☐Yes          ☑No
Amount_____Received by_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or
    savings accounts?                    ☐Yes          ☑No          Total amount:_____
    In whose name held:_____     Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other
    financial instruments?                                          ☐Yes          ☑No
    Property:_____Current Value:_____
    In whose name held:_____     Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments,
    condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes          ☑No
    Address of property:_____
    Type of property:_____Current value:_____
    In whose name held:_____     Relationship to you:_____
    Amount of monthly mortgage or loan payments:_____
    Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
    homes or other items of personal property with a current market value of more than $1000?
                                                                        ☐Yes          ☑No
    Property:_____
    Current value:_____
    In whose name held:_____     Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and
    indicate how much you contribute monthly to their support. If none, check here ☑No dependents

    _____
    _____

STATE OF ILLINOIS )
COUNTY OF COOK )
                     )  SS
                     )
                     )
                     )
                     )

## AFFIDAVIT

I DO SWEAR THAT THE INFORMATION HEREIN IS TRUE TO THE BEST OF MY KNOWLEDGE, AND IF CALLED TO TESTIFY I WOULD TESTIFY THE SAME.

① I HAVE ONLY Been allowed out of my cell for about an hour a day. This has really Took Its toll on me because it feels to me like I am allready guilty when instill I have not even been to trial yet.

I am only a Pre-trial Detainee and should be held to a less stringent standard than of a Convicted felon. When I am finally allowed out of my cell for the hour with 38 other Detainees I have to shower, then almost fight to use the phone to talk with family or lawyer. And this has taken a toll on my physical Physche I suffer from sever Headaches and severe Depression trying to keep at one thing other than being able to focuse on my case alone.

I, John Hummons being first duly affirmed despose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

_John Hummons_
**AFFIANT**
John Hummons
notarized under and by 735
ILCS 5-109, under purjury

Subscribed and affirmed to before me
this 12-11-07 day of_____ ,200 7

_____
Notary Public

*John Hummons H-3*
*20070076453*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *11-27-07*

*John Hummons*
Signature of Applicant

*John Hummons*
(Print Name)

------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, *John T. Hammons* I.D.# *20070076453*, has the sum of $ *9.99* on account to his/her credit at (name of institution) *Cook City Dept of Correction*
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ *40.00*
(Add all deposits from all sources and then divide by number of months).

*12/5/07*
DATE

*Sec Worker Dean*
SIGNATURE OF AUTHORIZED OFFICER

*Sec Worker Dean*
(Print name)

rev. 7/18/02



## **TRANSACTION REPORT**
Print Date: 12/05/2007

Inmate Name:    HUMMONS, JOHN T.          Balance:      $9.99
Inmate Number: 20070076433
Inmate DOB:     8/4/1968

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 12/05/2007 | ORDER DEBIT | -65.24 | 9.99 |
| 12/05/2007 | CREDIT | 50.00 | 75.23 |
| 11/30/2007 | CREDIT | 25.00 | 25.23 |
| 11/14/2007 | ORDER DEBIT | -19.06 | 0.23 |
| 11/08/2007 | ORDER DEBIT | -60.74 | 19.29 |
| 11/06/2007 | CREDIT | 30.00 | 80.03 |
| 11/01/2007 | CREDIT | 50.00 | 50.03 |
| 10/25/2007 | ORDER DEBIT | -52.23 | 0.03 |
| 10/18/2007 | ORDER DEBIT | -34.74 | 52.26 |
| 10/16/2007 | CREDIT | 20.00 | 87.00 |
| 10/15/2007 | CREDIT | 50.00 | 67.00 |
| 10/09/2007 | CREDIT | 17.00 | 17.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

_Antonio Morris_
Plaintiff            Et-Al

v.

_Sheriff_
_Tom Dart_
Defendant(s)    Et-Al

CASE NUMBER 07-C-6800

JUDGE Holderman / Ashman

_Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:_

I, _Antonio Morris_, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions _under penalty of perjury_:

1.  Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Question 2)
    I.D. # _____ Name of prison or jail: _Cook County Jail_
    Do you receive any payment from the institution? ☐ Yes ☒ No    Monthly amount: _____

2.  Are you currently employed?    ☐ Yes    ☒ No
    Monthly salary or wages: _____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment: _N/A_
        Monthly salary or wages: _N/A_
        Name and address of last employer: _N/A_

    b.  Are you married?    ☐ Yes    ☒ No
        Spouse's monthly salary or wages: _____
        Name and address of employer: _N/A_

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? _Mark an X in either "Yes" or "No", and then check all boxes that apply in each category._

    a.  Salary or wages    ☐ Yes    ☒ No
        Amount _____    Received by _____

b.      ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes      ☒No
Amount_____Received by_____

c.      ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes      ☒No
Amount_____Received by_____

d.      ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                    ☐Yes      ☒No
Amount_____Received by_____

e.      ☐ Gifts or ☐ inheritances          ☐Yes      ☒No
Amount_____Received by_____

f.      ☐Any other sources (state source:_____ )      ☐Yes      ☒No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?          ☐Yes      ☒No      Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?          ☐Yes      ☒No
Property:_____Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes      ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                                    ☐Yes      ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____

_____

-2-

STATE OF ILLINOIS )
COUNTY OF COOK )
                )
                )  SS
                )
                )
                )

### AFFIDAVIT

I, Antonio Morris, Do Swear That the following, true to the best of my knowledge. And if called to testify, i would do so swearing to the facts herein: ON or about 11-17-07 — I witnessed the defendants implement a policy that violates my constitutional rights, (I.E)(By me being a "PRE-TRIAL DETAINEE" I can not be held to that of a "CONVICT FELON.") ② They [the defendants] only allow us, inmates, out the the cell for "2 hours a day, with us being about 30 person at a time. Now in that time every one cannot use the phone (which take approx. 20 min) and shower in that time frame. Also the shower are very rusty and should not be in use.

From this I suffer from severe headaches, severe depression and lost of defence for my criminal case, (due to lack of time out), and also severe skin rashes (from rust in showers).

This is my own statement and it is true to the best of my knowledge.

I, Antonio Morris being first duly affirmed despose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

**AFFIANT**
Antonio Morris

Subscribed and affirmed to before me

this ____ day of __17__ ,200_7_

Notary Public

NOTARIZED UNDER AND BY 735 ILCS 5-109, UNDER PURJURY

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11 27 07_

_____
Signature of Applicant

_Anton M Morris_
(Print Name)

-------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
#### (Incarcerated applicants only)
#### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Antonio Morris_, I.D.# _20060036729_, has the sum of $ _.24_ on account to his/her credit at (name of institution) _Cook city Dept of Correction_. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _36.00_ (Add all deposits from all sources and then divide by number of months).

_12/5/07_
DATE

_Soc Worker Dean_
SIGNATURE OF AUTHORIZED OFFICER

_Soc Worker Dean_
(Print name)

rev. 7/18/02



Managed Services
**Managed Better**®

## **TRANSACTION REPORT**
### Print Date: 12/05/2007

| Inmate Name: | MORRIS, ANTONIO | Balance: | $0.24 |
|---|---|---|---|
| Inmate Number: | 20060036729 | | |
| Inmate DOB: | 6/30/1986 | | |

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 12/05/2007 | ORDER DEBIT | -1.72 | 0.24 |
| 11/28/2007 | ORDER DEBIT | -5.27 | 1.96 |
| 11/19/2007 | ORDER DEBIT | -7.58 | 7.23 |
| 11/16/2007 | CREDIT | 10.00 | 14.81 |
| 11/13/2007 | ORDER DEBIT | -15.24 | 4.81 |
| 11/07/2007 | CREDIT | 20.00 | 20.05 |
| 11/07/2007 | ORDER DEBIT | -0.43 | 0.05 |
| 11/02/2007 | RETURN CREDIT | 0.43 | 0.48 |
| 10/31/2007 | ORDER DEBIT | -0.43 | 0.05 |
| 10/24/2007 | ORDER DEBIT | -18.53 | 0.48 |
| 10/17/2007 | ORDER DEBIT | -21.02 | 19.01 |
| 10/15/2007 | CREDIT | 40.00 | 40.03 |
| 10/03/2007 | ORDER DEBIT | -0.06 | 0.03 |
| 09/19/2007 | ORDER DEBIT | -20.19 | 0.09 |
| 09/14/2007 | CREDIT | 20.00 | 20.28 |
| 09/12/2007 | ORDER DEBIT | -19.72 | 0.28 |
| 09/06/2007 | CREDIT | 20.00 | 20.00 |
| 08/22/2007 | ORDER DEBIT | -16.48 | 0.00 |
| 08/15/2007 | ORDER DEBIT | -11.95 | 16.48 |
| 08/01/2007 | ORDER DEBIT | -26.37 | 28.43 |
| 07/25/2007 | ORDER DEBIT | -1.93 | 54.80 |
| 07/24/2007 | CREDIT | 50.00 | 56.73 |
| 07/18/2007 | ORDER DEBIT | -23.42 | 6.73 |
| 07/11/2007 | ORDER DEBIT | -20.01 | 30.15 |
| 07/10/2007 | CREDIT | 50.00 | 50.16 |
| 06/15/2007 | RETURN CREDIT | 0.15 | 0.16 |
| 06/13/2007 | ORDER DEBIT | -0.15 | 0.01 |
| 05/30/2007 | ORDER DEBIT | -6.19 | 0.16 |
| 05/23/2007 | ORDER DEBIT | -10.08 | 6.35 |
| 05/20/2007 | RETURN CREDIT | 16.37 | 16.43 |
| 05/16/2007 | ORDER DEBIT | -10.69 | 0.06 |
| 05/09/2007 | ORDER DEBIT | -7.83 | 10.75 |
| 05/04/2007 | CREDIT | 10.00 | 18.58 |
| 04/26/2007 | ORDER DEBIT | -11.45 | 8.58 |
| 04/23/2007 | CREDIT | 20.00 | 20.03 |
| 04/21/2007 | RETURN CREDIT | 0.03 | 0.03 |
| 04/18/2007 | ORDER DEBIT | -0.03 | 0.00 |

| Date | Type | Amount | Balance |
|---|---|---|---|
| 04/16/2007 | RETURN CREDIT | 0.03 | 0.03 |
| 04/12/2007 | ORDER DEBIT | -0.03 | 0.00 |
| 04/05/2007 | ORDER DEBIT | -2.87 | 0.03 |
| 03/28/2007 | ORDER DEBIT | -13.34 | 2.90 |
| 03/24/2007 | RETURN CREDIT | 16.17 | 16.24 |
| 03/22/2007 | ORDER DEBIT | -16.17 | 0.07 |
| 03/15/2007 | ORDER DEBIT | -17.90 | 16.24 |
| 03/08/2007 | CREDIT | 30.00 | 34.14 |
| 03/08/2007 | ORDER DEBIT | -8.22 | 4.14 |
| 02/28/2007 | ORDER DEBIT | -12.71 | 12.36 |
| 02/27/2007 | CREDIT | 25.00 | 25.07 |
| 02/21/2007 | ORDER DEBIT | -5.27 | 0.07 |
| 02/14/2007 | ORDER DEBIT | -17.75 | 5.34 |
| 02/07/2007 | ORDER DEBIT | -13.51 | 23.09 |
| 01/31/2007 | ORDER DEBIT | -13.44 | 36.60 |
| 01/26/2007 | CREDIT | 25.00 | 50.04 |
| 01/24/2007 | ORDER DEBIT | -7.73 | 25.04 |
| 01/22/2007 | CREDIT | 25.00 | 32.77 |
| 01/17/2007 | ORDER DEBIT | -5.88 | 7.77 |
| 01/10/2007 | ORDER DEBIT | -13.78 | 13.65 |
| 01/09/2007 | CREDIT | 10.00 | 27.43 |
| 12/27/2006 | ORDER DEBIT | -8.18 | 17.43 |
| 12/21/2006 | CREDIT | 25.00 | 25.61 |
| 12/20/2006 | ORDER DEBIT | -13.15 | 0.61 |
| 12/13/2006 | ORDER DEBIT | -11.26 | 13.76 |
| 12/08/2006 | CREDIT | 25.00 | 25.02 |
| 12/06/2006 | ORDER DEBIT | -0.27 | 0.02 |
| 11/21/2006 | ORDER DEBIT | -10.12 | 0.29 |
| 11/15/2006 | ORDER DEBIT | -14.75 | 10.41 |
| 11/15/2006 | CREDIT | 25.00 | 25.16 |
| 11/08/2006 | ORDER DEBIT | -10.08 | 0.16 |
| 11/04/2006 | RETURN CREDIT | 6.18 | 10.24 |
| 11/01/2006 | ORDER DEBIT | -6.18 | 4.06 |
| 11/01/2006 | CREDIT | 10.00 | 10.24 |
| 10/25/2006 | ORDER DEBIT | -10.60 | 0.24 |
| 10/18/2006 | ORDER DEBIT | -6.72 | 10.84 |
| 10/11/2006 | ORDER DEBIT | -13.33 | 17.56 |
| 10/10/2006 | CREDIT | 30.00 | 30.89 |
| 10/05/2006 | ORDER DEBIT | -11.77 | 0.89 |
| 10/05/2006 | RETURN CREDIT | 1.44 | 12.66 |
| 10/04/2006 | ORDER DEBIT | -1.44 | 11.22 |
| 09/27/2006 | ORDER DEBIT | -10.70 | 12.66 |
| 09/20/2006 | ORDER DEBIT | -7.53 | 23.36 |
| 09/13/2006 | ORDER DEBIT | -9.25 | 30.89 |
| 09/07/2006 | CREDIT | 40.00 | 40.14 |
| 09/06/2006 | ORDER DEBIT | -9.87 | 0.14 |
| 09/01/2006 | CREDIT | 10.00 | 10.01 |
| 08/23/2006 | ORDER DEBIT | -2.87 | 0.01 |
| 08/16/2006 | ORDER DEBIT | -7.35 | 2.88 |
| 08/09/2006 | ORDER DEBIT | -19.82 | 10.23 |
| 08/04/2006 | CREDIT | 30.00 | 30.05 |

| 07/05/2006 | ORDER DEBIT | -3.02 | 0.05 |
| 06/28/2006 | ORDER DEBIT | -17.46 | 3.07 |
| 06/25/2006 | RETURN CREDIT | 0.40 | 20.53 |
| 06/22/2006 | CREDIT | 20.00 | 20.13 |
| 06/21/2006 | ORDER DEBIT | -0.40 | 0.13 |
| 06/20/2006 | RETURN CREDIT | 0.45 | 0.53 |
| 06/14/2006 | ORDER DEBIT | -0.45 | 0.08 |
| 06/07/2006 | ORDER DEBIT | -8.67 | 0.53 |
| 05/31/2006 | ORDER DEBIT | -11.43 | 9.20 |
| 05/31/2006 | CREDIT | 20.00 | 20.63 |
| 05/24/2006 | ORDER DEBIT | -11.37 | 0.63 |
| 05/17/2006 | CREDIT | 12.00 | 12.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

*Cornelius Osborne*
Plaintiff    *Et-AL*

v.

*Sheriff Tom Dart*
Defendant(s)    *Et-AL*

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

CASE NUMBER 07-C-6800

JUDGE HOLDERMAN/ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*
I, *Camellia Osborne* declare that I am the ☒plaintiff ☐petitioner ☐movant
(other _____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
    I.D. # 20070650323 Name of prison or jail: Cook County Jail
    Do you receive any payment from the institution? ☐Yes ☒No    Monthly amount:

2.  Are you currently employed?    ☐Yes    ☒No
    Monthly salary or wages: _____
    Name and address of employer: _____

    a.    If the answer is "No":
          Date of last employment: _____
          Monthly salary or wages: $ 2006
          Name and address of last employer: $ 5.00

    b.    Are you married?    ☐Yes    ☒No
          Spouse's monthly salary or wages: _____
          Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.    Salary or wages
    Amount _____ Received by _____    ☐Yes    ☒No

b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                    ☐Yes    ☒No
Amount_____ Received by_____

e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

f.    ☐Any other sources (state source:_____ )    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                    ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____
_____

STATE OF ILLINOIS )
COUNTY OF COOK    )
                 )  SS
                 )
                 )
                 )
                 )

**AFFIDAVIT**

I The undersigned hereby certify under penalty of perjury
That The following facts are true:
On or about 3-07 the defendants implemented policies
that violate my constitutional rights. The showers are
have been under disgusting and grotesque conditions
leaking inside the shower area. I canot shower without
getting fungus on me or vomiting from the intense
disgusting odors. Defendants did so maliaously and
vicoously and intentionally with the intent to cause
plaintiff injury. Defendants also only allow me out of my
cell for (1) hour a day. I am only a pretrial detainee and
must be held to a less stringent standard as that of a
convicted felon. the hour I'm allowed outside I only have
Time to shower and try my best to use the phone when
theres 30 plus detainees toying to use it at that same

I, Cornelius Osborne    being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and
I am competent to testify thereto.

Notarized under a nd bx 735 ILCS

S-109, under purjury

Subscribed and affirmed to before me

this   11   day of   Der. 2007

_Cornelius Osborne_
Notary Public

_Cornelius Osborne_
**AFFIANT**
Cornelius Osborne

hour. It takes me 5 minutes to get connected to my family and the cell last 20 minutes thats 25 minutes which obviously isn't enough time for every body to use the phone. As a result of all of this I suffer from severe headaches, severe depression and lost of defense of my case due to not enough time out. Lack of hygene, skin rashes, trauma, And lost sleep due to the showers grotesave conditions

2 0070050 323

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11-13-2007_                    _Cornelius Osborne_
                                      Signature of Applicant

                                      _Cornelius Osborne_
                                      (Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein _Cornelius Osborne_, I.D.# _200 7050323_ has the sum

of $ _4. 99_ on account to his/her credit at (name of institution) _Cook Dept of_

I further certify that the applicant has the following securities to his/her credit: _____ I further

certify that during the past six months the applicant's average monthly deposit was $ _48 00_

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_12/4/07_                             _Soc Worker Dean_
DATE                                  SIGNATURE OF AUTHORIZED OFFICER

                                      _Soc worker De An_
                                      (Print name)

rev. 7/18/02



## **TRANSACTION REPORT**
### Print Date: 12/04/2007

Inmate Name:   OSBORNE, CORNELIUS          Balance:        $4.99
Inmate Number: 20070050323
Inmate DOB:    4/21/1966

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 11/28/2007 | ORDER DEBIT | -7.23 | 4.99 |
| 11/19/2007 | ORDER DEBIT | -16.01 | 12.22 |
| 11/16/2007 | CREDIT | 25.00 | 28.23 |
| 11/14/2007 | ORDER DEBIT | -48.43 | 3.23 |
| 11/13/2007 | CREDIT | 25.00 | 51.66 |
| 11/02/2007 | CREDIT | 25.00 | 26.66 |
| 10/25/2007 | ORDER DEBIT | -24.85 | 1.66 |
| 10/19/2007 | CREDIT | 25.00 | 26.51 |
| 10/18/2007 | ORDER DEBIT | -17.60 | 1.51 |
| 10/12/2007 | ORDER DEBIT | -35.31 | 19.11 |
| 10/05/2007 | CREDIT | 20.00 | 54.42 |
| 10/04/2007 | ORDER DEBIT | -23.50 | 34.42 |
| 10/03/2007 | CREDIT | 38.00 | 57.92 |
| 09/28/2007 | CREDIT | 15.00 | 19.92 |
| 09/27/2007 | ORDER DEBIT | -28.50 | 4.92 |
| 09/25/2007 | CREDIT | 20.00 | 33.42 |
| 09/21/2007 | ORDER DEBIT | -17.30 | 13.42 |
| 09/14/2007 | CREDIT | 15.00 | 30.72 |
| 09/10/2007 | CREDIT | 15.00 | 15.72 |
| 09/06/2007 | ORDER DEBIT | -18.79 | 0.72 |
| 09/04/2007 | CREDIT | 15.00 | 19.51 |
| 08/16/2007 | ORDER DEBIT | -20.37 | 4.51 |
| 08/15/2007 | CREDIT | 20.00 | 24.88 |
| 08/10/2007 | ORDER DEBIT | -21.51 | 4.88 |
| 08/09/2007 | CREDIT | 22.00 | 26.39 |
| 08/01/2007 | ORDER DEBIT | -8.59 | 4.39 |
| 07/27/2007 | CREDIT | 10.00 | 12.98 |
| 07/26/2007 | ORDER DEBIT | -12.82 | 2.98 |
| 07/24/2007 | CREDIT | 15.00 | 15.80 |
| 07/21/2007 | ORDER DEBIT | -14.42 | 0.80 |
| 07/20/2007 | CREDIT | 15.00 | 15.22 |
| 07/12/2007 | ORDER DEBIT | -9.78 | 0.22 |
| 07/10/2007 | CREDIT | 10.00 | 10.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

## IN FORMA PAUPERIS APPLICATION
### AND
## FINANCIAL AFFIDAVIT

Anthony Roberson
_____
Plaintiff                    et. al.

v.

Sheriff Tom Dart
_____
Defendant(s)                et. al.

CASE NUMBER 07-C-6800

JUDGE Holderman/Ashman

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Anthony Roberson, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?  ☒Yes    ☐No  (If "No," go to Question 2)
    I.D. #2007-0041817____  Name of prison or jail: Cook County Department of Corrections
    Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2.  Are you currently employed?     ☐Yes     ☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.  If the answer is "No":
        Date of last employment: N/A
        Monthly salary or wages:_____
        Name and address of last employer:_____

    b.  Are you married?        ☐Yes    ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                              ☐Yes    ☒No
        Amount_____  Received by_____

b.     ☐ Business, ☐ profession or ☐ other self-employment         ☐Yes         ☑No
Amount_____Received by_____

c.     ☐ Rent payments, ☐ interest or ☐ dividends               ☐Yes         ☑No
Amount_____Received by_____

d.     ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
       compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                ☐Yes         ☑No
Amount_____Received by_____

e.     ☐ Gifts or ☐ inheritances                               ☐Yes         ☑No
Amount_____Received by_____

f.     ☐Any other sources (state source:_____ )    ☐Yes         ☑No
Amount_____Received by_____

4.   Do you or anyone else living at the same address have more than $200 in cash or checking or
     savings accounts?            ☐Yes      ☑No      Total amount:_____
     In whose name held:_____ Relationship to you:_____

5.   Do you or anyone else living at the same address own any stocks, bonds, securities or other
     financial instruments?                                     ☐Yes         ☑No
     Property:_____Current Value:_____
     In whose name held:_____ Relationship to you:_____

6.   Do you or anyone else living at the same address own any real estate (houses, apartments,
     condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes         ☑No
     Address of property:_____
     Type of property:_____Current value:_____
     In whose name held:_____ Relationship to you:_____
     Amount of monthly mortgage or loan payments:_____
     Name of person making payments:_____

7.   Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
     homes or other items of personal property with a current market value of more than $1000?
                                                                ☐Yes         ☑No
     Property:_____
     Current value:_____
     In whose name held:_____ Relationship to you:_____

8.   List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute monthly to their support. If none, check here ☑No dependents
     _____
     _____

-2-

STATE OF ILLINOIS )

COUNTY OF COOK )

             ) SS

             )

             )

             )

             )

## AFFIDAVIT

I Anthony Johnson Do Swear, that the following is true, to the best of my knowledge, And if called to testify I would Do so swearing to the facts Here in Cook County April on March 1, 2007 I Anthony Johnson witness the Defendants Bruce Epchen Unit Violate my Constitutional Right and many other Right Defendant only Allow me to be outside my Cell for 2 hour today And for only to per tread Detainee hear at the Cook County Jail and must be held to a Less Strengent Standard than A Convicted Felony I Will to have 2 hour to make A phone call showen And a affivere it be ling long to use the phone and 2 hour with (30 plus) other Detainee make it hard for me to talk to my family and Attorney its A Reat I Suffer from severe headaches And Depression, And Stress do to my Case for my Defence of my case Because not Enough time out.

       This Statement is my own and etc very true.

I, Anthony Johnson     being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Notarized under and by 735 ILCS 5-109, under penalty

                         Anthony Johnson
                             **AFFIANT**
                         Anthony Johnson

Subscribed and affirmed to before me

this \_\_11\_\_ day of \_\_DEC\_\_ , 2007

Anthony Johnson

Notary Public

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12-03-2007

Signature of Applicant

(Print Name)

-------------------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, Anthony Johnson , I.D.# 2007004181/ , has the sum of $ 32.89 on account to his/her credit at (name of institution) Cook City Dept of Correction. I further certify that the applicant has the following securities to his/her credit: ————— . I further certify that during the past six months the applicant's average monthly deposit was $ 54.00 (Add all deposits from all sources and then divide by number of months).

12/5/07
DATE

Soc Worker Dean
SIGNATURE OF AUTHORIZED OFFICER

Soc Worker Dean
(Print name)

rev. 7/18/02

-3-



**\*\*TRANSACTION REPORT\*\***
Print Date: 12/05/2007

| Inmate Name: | JOHNSON, ANTHONY | Balance: | $32.89 |
|---|---|---|---|

Inmate Number: 20070041817
Inmate DOB:     10/6/1980

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 12/05/2007 | ORDER DEBIT | -18.54 | 32.89 |
| 11/28/2007 | ORDER DEBIT | -28.89 | 51.43 |
| 11/26/2007 | CREDIT | 75.00 | 80.32 |
| 11/19/2007 | ORDER DEBIT | -8.08 | 5.32 |
| 11/08/2007 | ORDER DEBIT | -21.87 | 13.40 |
| 11/07/2007 | CREDIT | 30.00 | 35.27 |
| 10/25/2007 | ORDER DEBIT | -11.90 | 5.27 |
| 10/12/2007 | ORDER DEBIT | -20.74 | 17.17 |
| 10/10/2007 | CREDIT | 31.05 | 37.91 |
| 10/04/2007 | ORDER DEBIT | -19.31 | 6.86 |
| 09/27/2007 | ORDER DEBIT | -16.04 | 26.17 |
| 09/24/2007 | RETURN CREDIT | 1.56 | 42.21 |
| 09/21/2007 | ORDER DEBIT | -14.81 | 40.65 |
| 09/14/2007 | ORDER DEBIT | -9.79 | 55.46 |
| 09/06/2007 | CREDIT | 50.00 | 65.25 |
| 09/06/2007 | ORDER DEBIT | -13.50 | 15.25 |
| 09/04/2007 | RETURN CREDIT | 2.40 | 28.75 |
| 08/31/2007 | ORDER DEBIT | -24.06 | 26.35 |
| 08/21/2007 | CREDIT | 50.00 | 50.41 |
| 08/16/2007 | ORDER DEBIT | -3.12 | 0.41 |
| 08/10/2007 | ORDER DEBIT | -6.33 | 3.53 |
| 08/01/2007 | ORDER DEBIT | -40.16 | 9.86 |
| 07/27/2007 | CREDIT | 50.00 | 50.02 |
| 07/12/2007 | ORDER DEBIT | -28.77 | 0.02 |
| 07/11/2007 | CREDIT | 25.00 | 28.79 |
| 07/07/2007 | RETURN CREDIT | 3.28 | 3.79 |
| 07/05/2007 | ORDER DEBIT | -30.89 | 0.51 |
| 07/03/2007 | CREDIT | 31.00 | 31.40 |
| 06/14/2007 | ORDER DEBIT | -15.60 | 0.40 |
| 06/13/2007 | CREDIT | 16.00 | 16.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

7/18/02

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

## IN FORMA PAUPERIS APPLICATION
## AND
## FINANCIAL AFFIDAVIT

Percy M Adden

_Plaintiff_  Et-AL

v.

Sheriff Tom Dart

_Defendant(s)_  Et-AL

CASE NUMBER 07-L-6800

JUDGE HOLDERMAN / ASHMAN

---

*Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _____, declare that I am the ☑plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application ☑to proceed without full prepayment of fees, or ☑ in support of my motion for appointment of counsel, or ☑both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?          ☑Yes          □No   (If "No," go to Question 2)
    I.D. #20060094604_____   Name of prison or jail: Cook County Department of
    Do you receive any payment from the institution? □Yes ☑No   Monthly amount:_____ correction

2.  Are you currently employed?          □Yes          ☑No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.   If the answer is "No":
         Date of last employment: _N/A_
         Monthly salary or wages:_____
         Name and address of last employer:_____

    b.   Are you married?          □Yes          ☑No
         Spouse's monthly salary or wages:_____
         Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.   Salary or wages
         Amount_____   Received by_____          □Yes          ☑No

b.　☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☑No
Amount_____Received by_____

c.　☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☑No
Amount_____Received by_____

d.　☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　　　　　　　　　　　　　　　　　　　　　　　　　　☐Yes　　☑No
Amount_____Received by_____

e.　☐ Gifts or ☐ inheritances　　☐Yes　　☑No
Amount_____Received by_____

f.　☐Any other sources (state source:_____)　☐Yes　　☑No
Amount_____Received by_____

4.　Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?　　　☐Yes　　☑No　　Total amount:_____
In whose name held:_____Relationship to you:_____

5.　Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?　　　☐Yes　　☑No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6.　Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?　　☐Yes　　☑No
Address of property:_____
Type of property:_____Current value:_____
In whose name held:_____Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.　Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
　　　　　　　　　　　　　　　　　　　　　　　　　　☐Yes　　☑No
Property:_____
Current value:_____
In whose name held:_____Relationship to you:_____

8.　List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support.  If none, check here ☑No dependents
_____
_____

STATE OF ILLINOIS )
COUNTY OF COOK )
)         SS
)
)
)
)

**AFFIDAVIT**

I Percy Madden" Who Wear That The following is True To The Best of my Knowledge, an if Called To Testify I would do so, Swearing To The fact herein: on "or about 03-01, I witnessed The defendant's implement a policy That violates my constitutional Rights, i.e, defendants only allow me outside my cell for up to (1) one hour A day, And I'm only A pre-trial Detainee' and must Be held To A less stringent standard Than That of a Convicted person, when out of my Room for an hour (with) (30 plus) people/detainees I must use The phone "shower" and even (wash) Clothes" And That Takes up alot of time, and as A result "I suffer major Back pains headaches and major depression" plus The fact That i can't get to The Law-Library to work on my case, This statement is my own" & its True

I, Percy madden _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Mr. Percy Madden
**AFFIANT**
PERCY MADDEN

Notarized under And by ILCs 5-109, under purjury.
Subscribed and affirmed to before me this 11th day of Dec ,2007

Mr. Percy Madden )
Notary Public

*Percy Madden*
*#20060094604*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __11-15-07__

_Percy Madden_
Signature of Applicant

_Percy Madden_
(Print Name)

------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
#### (Incarcerated applicants only)
#### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Percy Madden_ , I.D.# _20060094604_ has the sum of $ __0.14__ on account to his/her credit at (name of institution) _Cook County Jail_ .

I further certify that the applicant has the following securities to his/her credit: _____ . I further certify that during the past six months the applicant's average monthly deposit was $ __5.00__

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

__12-06-07__
DATE

_See Worker Dean_
SIGNATURE OF AUTHORIZED OFFICER

_See Worker Dean_
(Print name)

rev. 7/18/02



| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| | 20060094604  -  MADDEN, PERCY | | |
| | BALANCE: $0.14 | | |
| 08/01/2007 | ORDER DEBIT | -2.40 | 0.14 |
| 07/26/2007 | ORDER DEBIT | -2.46 | 2.54 |
| 07/06/2007 | CREDIT | 5.00 | 5.00 |

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

7/11/02

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

CARDELL ENGLISH 20070038229
_____
Plaintiff    ET AL,

v.

SHERIFF TOM DART
_____
Defendant(s)    ET AL,

CASE NUMBER 07-C-6800

JUDGE HOLDERMAN/ASHMAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **CARDELL ENGLISH**_____, declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?        ☒Yes        ☐No    (If "No," go to Question 2)
   I.D. # **20070039229**_____ Name of prison or jail:**COOK COUNTY JAIL**_____
   Do you receive any payment from the institution? ☐Yes ☒No    Monthly amount:_____

2. Are you currently employed?        ☐Yes        ☒No
   Monthly salary or wages:___**0**_____
   Name and address of employer: _____
   _____

   a.    If the answer is "No":
         Date of last employment:_____
         Monthly salary or wages:_____
         Name and address of last employer:_____
         _____

   b.    Are you married?        ☒Yes        ☐No
         Spouse's monthly salary or wages:___N/A_____
         Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a.    Salary or wages                                    ☐Yes        ☒No
         Amount_____ Received by_____

b.     ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☒No
Amount_____Received by_____

c.     ☐ Rent payments, ☐ interest or ☐ dividends                          ☐Yes          ☒No
Amount_____Received by_____

d.     ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                          ☐Yes          ☒No
Amount_____Received by_____

e.     ☐ Gifts or ☐ inheritances                                                  ☐Yes          ☒No
Amount_____Received by_____

f.     ☐Any other sources (state source:_____)     ☐Yes          ☒No
Amount_____Received by_____

4.     Do you or anyone else living at the same address have more than $200 in cash or checking or
       savings accounts?              ☐Yes          ☒No        Total amount:_____
       In whose name held:_____ Relationship to you:_____

5.     Do you or anyone else living at the same address own any stocks, bonds, securities or other
       financial instruments?                                             ☐Yes          ☒No
       Property:_____ Current Value:_____
       In whose name held:_____ Relationship to you:_____

6.     Do you or anyone else living at the same address own any real estate (houses, apartments,
       condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐Yes          ☒No
       Address of property:_____
       Type of property:_____ Current value:_____
       In whose name held:_____ Relationship to you:_____
       Amount of monthly mortgage or loan payments:_____
       Name of person making payments:_____

7.     Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
       homes or other items of personal property with a current market value of more than $1000?
                                                                                  ☐Yes          ☒No
       Property:_____
       Current value:_____
       In whose name held:_____ Relationship to you:_____

8.     List the persons who are dependent on you for support, state your relationship to each person and
       indicate how much you contribute monthly to their support.  If none, check here ☒No dependents
       _____
       _____

STATE OF ILLINOIS )
COUNTY OF COOK )
          ) SS
          )
          )
          )

**AFFIDAVIT**

I Cardell English Do Swear THaT THE FOLLOWING Is TRue To THE BesT OF My KNOWLEDGE. AND IF CALLED To TesTIFy I WoulD Do So SWEARING To THE FacTs HEREIN:

On or ABouT - - 07 I WINESSED THE DEFENDANTs ImPLEMENT A PoLICY THaT VIOLATEs My CONSTITUTIONAl RIGHTs. I. C DEFENDANTs ONLY ALLOW ME OUTSIDE MY CELL FoR up To ONE (1) HouR A DAy. AND I'M ONLY A PRE-TRial DETAINEE "AND MusT BEHELD To A Less STRE-NGENT STANDARD THAN THaT OF A CONUICTED FELON. WHILE OUT My CELL FoR THE "HouR"(WITH 30 PLus) OTHER DETAINEE's I MusT SHOWER, AND THE CALL LasT 20 MINS, THAT's 25MINS. THATs ONLY ENOUGH Time FoR Two PEoPLE To USE THE PHONE. As a resulT, I SUFFER FROM SEVERE HEADACHES, SEVERE DEPRESSION AND LOST OF DEFENCE OF My CASE DUE To NOT ENOUGH Time OUT.

I, Cardell English being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Notarized under AND by 735 ILCS 5-109, under PuRjury ~~10-30-06~~ ~~Date~~ ~~Notarized~~

Cardell English
**AFFIANT**
Cardell English

Subscribed and affirmed to before me

his __11__ day of __12__ , 2007

Cardell English
Notary Public

*H 3 200 700 38229*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *Nov 21, 2007*

*Cardell English*
Signature of Applicant

*Cardell English*
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires attention as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, *Cardell English*, I.D.# *200700 38229*, has the sum

of $ *.1* on account to his/her credit at (name of institution) *Cook City Dept of Correction*

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $ *6.00*

(Add all deposits from all sources and then divide by number of months).

*12/4/07*
DATE

*Soc Worker Dean*
SIGNATURE OF AUTHORIZED OFFICER

*Soc Worker Dean*
(Print name)

rev. 7/18/02



**Managed Services**
***Managed Better.***

| Number Search | Name Search | Transactions | Orders | | Exit |

### 20070038229  - ENGLISH, CARDELL
### BALANCE: $0.01

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 09/06/2007 | ORDER DEBIT | -25.03 | 0.01 |
| 08/31/2007 | RETURN CREDIT | 24.65 | 25.04 |
| 07/17/2007 | ORDER DEBIT | -24.65 | 0.39 |
| 07/16/2007 | CREDIT | 25.00 | 25.04 |
| 06/08/2007 | ORDER DEBIT | -9.96 | 0.04 |
| 05/29/2007 | CREDIT | 10.00 | 10.00 |

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved