# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6800 | **DATE** | January 3, 2008 |
| **CASE TITLE** | Tyrone Owens (#2007-0076179) vs. Sheriff Tom Dart, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's duplicative motion for class certification [#9] is denied as moot. *See* Minute Order of December 11, 2007, denying the plaintiff's previous motion. As an additional concern, the plaintiff is advised that he must provide the court with the original plus a **complete** copy, including any exhibits, of every document filed.

■ [**Docketing to mail notices.**]

mjm