UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tyrone Owens, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6800 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| Sheriff Tom Dart, Director John Doe | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

**DEFENDANT COOK COUNTY SHERIFF TOM DART'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant COOK COUNTY SHERIFF TOM DART, by his attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIE M. SHEEHAN, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

Assistant State's Attorney Jamie M. Sheehan was assigned this case on January 14, 2008.

Plaintiff alleges in this § 1983 complains of several issues related to the conditions he is exposed to as a detainee at the Cook County Department of Corrections.

Plaintiff alleges in his suit that he fully complied with the exhaustion requirement of the Prison Litigation Reform Act (PLRA) prior to commencing litigation as required by law.

That certain documents are necessary to prepare a proper answer or other pleading to Plaintiff's allegations in his complaint. These documents have been requested and will not be received for at least 45 days.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an enlargement of time, up to and including March 7, 2008 for the Defendant to answer or otherwise plead;

2. That this Honorable Court grant any other relief it deems just.

                                        Respectfully Submitted,

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

By:    <u>S/ Jamie M. Sheehan</u>
        Jamie M. Sheehan
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-6772