UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tyrone Owens, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6800 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| Sheriff Tom Dart, Director John Doe | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Tyrone Owens
      #2007-0076179
      Cook County Jail
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on January 24, 2008, at 9:00a.m. I shall appear before the Honorable James F. Holderman in the courtroom usually occupied by him in Room 2541 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendant Cook County Sheriff Tom Dart's Motion To Enlarge Time

            RICHARD A. DEVINE
            State's Attorney of Cook County

            By:___S/ Jamie M. Sheehan_____
                Assistant State's Attorney
                500 Richard J. Daley Center
                Chicago, Il 60602
                ARDC# 6257647
                (312) 603-6772