CERTIFICATE OF SERVICE

    I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached was served upon above-named individual on January 17, 2008, at or before 5:00 p.m. by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

    /s/Jamie M. Sheehan