**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Tyrone Owens
                     Plaintiff,

v.                                    Case No.: 1:07–cv–06800
                                           Honorable James F. Holderman

Tom Dart, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 24, 2008:

    MINUTE entry before Judge James F. Holderman : Defendant Tom Dart's motion for extension of time to answer or otherwise plead [13] is granted; defendant is given until 3/7/3008 to plead to the complaint. Status hearing set for 3/25/2008 at 9:30 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.