IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT, OF ILLINOIS

TYRONE OWENS
  PLAINTIFF

v.

SHERIFF TOM DART
DIRECTOR DOMINGUEZ
  et al

  DEFENDANTS

CS. 07-C-6800

JDG. MARTIN C. ASHMAN

FILED
JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 30 2008

## MOTION TO VACATE CLASS CERTIFICATION

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE. AND REQUEST THAT THIS COURT GRANTS HIS MOTION TO VACATE CLASS CERTIFICATION. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1. PLAINTIFF IS NOW ACTING PRO. SE. AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF ANY LAWYER AS PRECEDENTED IN HAINES V. KERNER 404 U.S. SCT.

2. PLAINTIFF HAD FILED A MOTION FOR CLASS CERTIFICATION BUT FOUND OUT THAT THE OTHER DETAINEE'S WISHES THAT THEIR NAMES BE REMOVED FROM THE CAUSE. STATING THEY DONT WANT TO JOIN AND DONT WANT ANY TROUBLE.

3. PLAINTIFF REQUEST THAT THIS COURT RETURN THEIR PAPERS i.e. APPLICATIONS TO PROCEED IN FORMA PAUPERIS. TO PLAINTIFF OR TO JUST DESTROY THEM AS MOOT MATERIAL.

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT DISREGARD HIS MOTION FOR CLASS CERTIFICATION AND ORDER THE CLERK TO RETURN ALL ADDITIONAL APPLICAITONS TO PROCEED IN FORMA PAUPERIS AND/OR DESTROY THEM. AND SINCE DEFENDANTS IS REFUSING HIM ACCESS TO THE LAW LIBRARY, TO ALLOW HIM TO FILE ON COPY OF MOTIONS ET CETERA. ANY OTHER RELIEF THIS COURT DEEMS JUST AND EQUITABLE.

                                                                    /s/ Tyrone Owens
                                                                    TYRONE OWENS
                                                                    PLAINTIFF PRO SE


TYRONE OWENS
20020076129
BOX 089002
CHGO, IL., COOK CO. JAIL.


STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )

CERTIFICATION BY VERIFICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
    PLAINTIFF

v.

TOM DART et al
    DEFENDANT

CS. NO. 07-C-6800

JDG. MARTIN C. ASHMAN

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF U.S. DIST COURT
219 S. DEARBORN ST.
CHGO, IL. 60604

I, TYRONE OWENS, PLAINTIFF PRO. SE. DO CERTIFY THAT I PLACED IN THE MAIL IN COOK COUNTY JAIL THE FOLLOWING TO BE MAILED TO THE PARTIES ABOVE: ONE MOTION TO VACATE MOTION FOR CLASS CERTIFICATION.

I, TYRONE OWENS, HAVE READ THE ABOVE AND DO CERTIFY THAT I AM A MEMBER IN THE CAUSE AND WILL TESTIFY THE SAME IF CALLED, AND IS TRUE TO THE BEST OF MY KNOWLEDGE

TYRONE OWENS
20070076179 PLAINTIFF PRO. SE.