# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6800 | **DATE** | February 11, 2008 |
| **CASE TITLE** | Tyrone Owens (#2007-0076179) vs. Sheriff Tom Dart, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion to vacate class certification [#16] is denied as moot. The court already denied the plaintiff's motions for class certification. *See* Minute Orders of December 11, 2007, and January 30, 2008. As an addition concern, the plaintiff continues to ignore the court's repeated admonitions about basic filing requirements: (1) The plaintiff must provide the court with the original plus a judge's copy of every document filed; and (2) every document filed must include a certificate of service showing that a copy was mailed to opposing counsel. The clerk is directed to mail the plaintiff another copy of the court's filing instructions. In the future, the court will strike without considering any document filed that does not comport with these basic filing rules.

■ [**Docketing to mail notices.**]

mjm