UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
   PLAINTIFF

v.

SHERIFF TOM DART et.al.
   DEFENDANTS

FEB 27 2008

07C6800

CASE NO. 07-CV-6800

JDG. HON: JAMES F. HOLDERMAN

MAGISTRATE HON: MARTIN C. ASHMAN

FILED
FEB 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR COURT ORDER, LAW LIBRARY USAGE

NOW COMES, TYRONE OWENS, PLAINTIFF, PRO SE, AND REQUEST THAT THIS COURT GRANT HIS MOTION FOR A COURT ORDER FOR LAW LIBRARY USAGE. I SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE AND REQUEST THIS COURT HOLD HIM TO A LESS STRIGENT STANDARD THAN THAT OF AN ATTORNEY. AS PRESEDENTED IN HAINES V. KERNER 404 U.S. Sct.

2) DEFENDANTS ARE NOW RETALIATING AGAINST PLAINTIFF AND ARE NOT ALLOWING HIM THE USE OF THE LAW LIBRARY FOR COPIES AND RESEARCH AND PREPARATION OF MOTIONS ect. PLAINTIFF KEEP SENDING REQUEST SLIPS BUT IS NOT CALLED. WHEN HE HAS BEEN CALLED. HE IS ORDERED OUT IN LESS THAN 30 MINUTES AND ONLY ONCE A WEEK AND SOMETIMES TWO WEEKS. NOT ENOUGH TIME TO PREPARE HIS CASES.

3) PLAINTIFF ADDITIONALLY REQUEST THIS COURT ALLOW HIM TO FILE ONE COPY OF HIS FILINGS. AS DEFENDANTS ARE IMPEDING HIS LITIGATION. AND NOT ALLOWING HIM PROPER ACESS TO THE LAW LIBRARY, COPIES AND OTHER SERVICES TO PROSECUTE HIS CASES.

4) PLAINTIFF HAS NO OTHER WAY TO GET RELIEF, THAN TO MOTION THIS COURT TO ISSUE AN ORDER/INJUNCTION THAT WOULD ENABLE HIM TO USE THE LAW LIBRARY.

5) PLAINTIFF DOES NOT HAVE AN ATTORNEY AND FOR THAT REASON; HE NEEDS 2-3 HOURS SESSIONS 3 TIMES A WEEK TO BE SUCCESSFUL IN THE PROSECUTION OF HIS CASES AGAINST THE DEFENDANTS.

WHEREFORE, PLAINTIFF NOW PRAYS THAT THIS HONORABLE COURT GRANTS HIS MOTION FOR A COURT ORDER FOR LAW LIBRARY USAGE, AND TO ALLOW HIM 2-3 HOURS 3-4 TIMES A WEEK, AND INSTRUCT THE CLERK TO ALSO ALLOW HIM TO FILE (ONE COPY) OF ALL FILINGS UNTIL A TRIAL HAS TAKEN PLACE.

RESPECTFULLY SUBMITTED
TYRONE OWENS