TYRONE OWENS
PLAINTIFF

V.

SHERIFF TOM DART et. al.

DEFENDANTS

NO. 07-CV-6800

JUDGE JAMES HOLDERMAN

**FILED**

FEB 27 2008     FEB 2 7 2008 *aw*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNUSUAL MOTION FOR PRELIMINARY INJUNCTION

NOW COMES, TYRONE OWENS, PLAINTIFF. PRO SE, AND REQUEST THAT THIS COURT GRANT HIS MOTION/UNUSUAL MOTION FOR, PRELIMINARY INJUNCTION. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE. AND REQUEST THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY, AS PRECEDENTED IN HAINES V. KERNER 404 U.S. Sct..

2) PLAINTIFF HAS MADE NUMEROUS WRITTEN AND ORAL, REQUEST AND COMPLAINTS REGARDING @ACCESS TO THE LAW LIBRARY FOR: COPIES TO BE MADE, NOTARY REPUBLIC AND RESEARCH. ⑧THE MAIL ROOM TO GIVE/SEND HIM ALL OF HIS MAIL ESPECIALLY LEGAL MAIL FROM THE/ THIS COURT THAT HAS NOT BEEN GIVEN TO HIM YET.

3) DEFENDANTS HAVE BEEN SUCCESSFULLY IMPEDING HIS LITIGATION AND WILL CONTINUE TO DO SO, BECOMING EVEN MORE BOLDER AND SUCCESSFUL UNTIL THEY CAN GET THIS CASE "DISMISSED" FOR WANT OF PROSECUTION OR OTHER REASONS.

4) PLAINTIFF REQUEST THAT THIS COURT ISSUE COURT ORDERS THAT WILL PROTECT THE DIGNITY OF THE CONSTITUTIONAL PROCESS, AND THE PLAINTIFFS' RIGHTS. i.e. COURT ORDERS FOR: ⓐAPPOINTMENT OF COUNSEL, ⓑ ORDER FOR

PLAINTIFF TO HAVE ACCESS TO THE LAW LIBRARY 2-3 DAYS A WEEK FOR 2-3 HOUR SESSIONS, © ORDER ALLOWING PLAINTIFF TO SEND/FILE ONLY ONE COPY OF HIS FILINGS, AND MOST IMPORTANT © DOCUMENTED DELIVERY OF ALL MAIL TO PLAINTIFF.

5) THIS COURT'S MINUTE ORDER OF 2-11-08, MENTIONED THAT THIS COURT "ALREADY DENIED PLAINTIFFS MOTION FOR CLASS CERTIFICATION" HOWEVER THE DATES THAT THE COURT INDICATES ARE "SEE MINUTE ORDERS OF DEC. 11, 2007, AND JAN. 30, 2008" PLUS THE COURT ADMONISHES HIM ABOUT "BASIC FILING REQUIREMENTS" ABOUT PROVIDING "COPIES" OF EVERY DOCUMENT FILED. PLAINTIFF CAN NOT GET TO THE LAW LIBRARY TO EVEN GET COPIES MADE. PLAINTIFF HAS RECEIVED ONLY (ONE) OTHER DOCUMENT FROM THIS COURT THAT IS: DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER.

6) PLAINTIFF REQUEST THAT THIS COURT INSTRUCT THE CLERK TO SEND/MAIL HIM ALL OTHER MINUTE ORDERS. IF THIS COURT WOULD MAKE SURE THAT DEFENDANTS ACTUALLY DELIVER THE MAIL TO HIM.

7) PLAINTIFF HAS FILED A MOTION FOR APPOINTMENT OF COUNSEL. BUT HAS NO IDEA WHAT THE OUTCOME IS. AND HE REQUEST THAT THIS COURT GRANT THAT REQUEST ALSO. AS HE IS BEING RETALIATED AGAINST SO THOROUGHLY THAT, WITHOUT A LAWYER HE WILL SUFFER FROM ADDITIONAL VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS.

8) PLAINTIFF DOESN'T HAVE A COPY OF HIS 07-CV-6800 LAWSUIT AND NEEDS THE COURT TO INSTRUCT THE CLERK TO SEND HIM A COPY SO THAT HE CAN AMMEND HIS COMPLAINT AND ADD ADDITIONAL COUNTS, OR PERMIT HIM TO FILE THE ADDITIONAL COMPLAINT AND THEN "CONSOLIDATE" THE CASES/

COUNTS INTO ONE CASE.

9) PLAINTIFF WILL SUFFER GREAT IRREPARABLE INJURIES, MENTAL AND PHYSICAL, IF THE DEFENDANTS ARE ALLOWED TO CONTINUE TO VIOLATE HIS RIGHTS. AND IF A PRELIMINARY INJUNCTION IS NOT ISSUED.

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT GRANT HIS UNUSUAL MOTION FOR PRELIMINARY INJUNCTION. AND ORDER THE CLERK OF THE COURT TO: RE-SEND/MAIL PLAINTIFF COPIES OF HIS LAW-SUIT, COPIES OF ALL MINUTE ORDERS AND ISSUE AN ORDER INSTRUCTING COOK COUNTY JAIL'S MAIL-ROOM TO DOCUMENT THE DELIVERY AND RECEIPT OF HIS LEGAL MAIL EVEN THE MAILING OF SUCH, AND ISSUE AN ORDER OF THE COURT FOR THE COOK COUNTY JAILS' LAW LIBRARY (IN HIS DIVISION) TO ALLOW HIM AT LEAST 2-3 VISITS PER WEEK FOR AT LEAST TWO HOURS EACH SESSION. ALLOW HIM TO SUBMIT ONLY ONE COPY OF EACH FILING. UNTIL HE IS APPOINTED AN ATTORNEY TO CIRCUMVENT THE RETALIATION OF DEFENDANTS: DELAYING AND OR DESTROYING HIS LEGAL MAIL AND OTHER STEPS TO IMPEDE HIS LITIGATION. AND ANY OTHER REMEDIES THIS COURT DEEMS JUST AND EQUITABLE.

RESPECTFULLY SUBMITTED,

TYRONE OWENS

TYRONE OWENS 2007 007 6179
BOX#089002
CHGO,IL. 60608

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
    PLAINTIFF

V.

SHERIFF TOM DART et al.
    DEFENDANTS

)
)
)
)
)
)
)
)
)
)
)

NO.07-CV 6800
JUDGE:JAMES F. HOLDERMAN

## PROOF/CERTIFICATE OF SERVICE

TO:UNITED STATES DISTRICT COURT
OFFICE
    U.S. DIST. COURT CLERK
    219 S. DEARBORN STREET
    CHICAGO, IL. 60604

TO:COOK COUNTY STATES ATTORNEY'S

    ASST. STATES ATTY. JAMIE M.STANTON
    500 RICHARD J.DALEY CENTER
    CHICAGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY
OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT
STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE
COOK COUNTY JAIL/CORRECTIONS. ON 2/20/08

INCLUDED ARE:
1. MOTION FOR APPOINTMENT OF COUNSEL
2. UNUSUAL MOTION FOR P.I.
3. MOTION FOR LAW LIBRARY  4. SUPPLEMENTARY
                        COMPLAINT/COMPLAINT
            WITH 6 EXHIBITS

TYRONE OWENS
BOX#089002
COUNTY JAIL
CHGO. IL. 60608

/s/ TYRONE OWENS