IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)
v. ) CS. NO.07-CV-6800
) JUDGE: HON. JAMES HOLDERMAN
SHERIFF TOM DART et al. )
    DEFENDANT )

FEB 27 2008

FILED

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE. AND REQUEST THAT THIS COURT GRANT HIS MOTION FOR APPOINTMENT OF COUNSEL. IN SUPPORT THEREOF, PLAINTIFF AVERD THE FOLLOWING:

1. PLAINTIFF IS NOW ACTING PRO SE, AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY. AS PRESENTED IN HAINES v. KERNER 404 U.S. Sct.

2. PLAINTIFF HAS NOT BEEN APPOINTED A LAWYER FOR THIS CASE. AND IS NOT EXPERIENCED ENOUGH TO REPRESENT THE CONSTITUTIONAL RAMIFICATIONS THAT WILL ARISE WHILE MOVING THIS CASE TO TRIAL.

3. PLAINTIFF HAS HAD THE COURT APPOINT HIM AN ATTORNEY BEFORE IN ANOTHER CAUSE. SEE: TYRONE OWENS v. BURTON et al. 01-cv-6579. AND HE HAS FILED SEVERAL OTHER CASES THAT NEVER MADE IT TO TRIAL. PLAINTIFF DOES NOT REMEMBER THE OTHER CASES THAT WERE FILED BUT, HE PRAYS THAT THIS COURT WOULD EXCUSE HIM FOR NOT BEING ABLE TO PRESENT THEM.

4. PLAINTIFF IS INDIGENT AND CAN NOT HIRE AN ATTORNEY TO REPRESENT HIM IN THIS CASE. AND HE REQUEST THAT THAT BE A FACTOR IN DECIDING ON HIS MOTION.

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT GRANTS HIS MOTION FOR APPOINTMENT OF COUNSEL AND ORDER THE CLERK OF THE COURT TO ENTER INTO RECORD THAT THE MOTION IS GRANTED. AND APPOINT HIM AN ATTORNEY TO REPRESENT HIM IN THIS CAUSE. AND ANY OTHER REMEDIES THAT THIS COURT DEEMS JUST AND EQUITABLE.

TYRONE OWENS
PLAINTIFF PRO SE

TYRONE OWENS
P.O. BOX 089002
CHGO, IL 60608

STATE OF ILLINOIS )
                  )
COUNTY OF COOK )

VERIFICATION BY CERTIFICATE