## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE OWENS, 2007-0076179 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6800 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| SHERIFF TOM DART, and DIRECTOR | ) | |
| JOHN DOE | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

### DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes Defendant Sheriff TOM DART, through his attorney, Richard A. Devine, State's Attorney of Cook County, by his assistant Jamie M. Sheehan, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, moves this Honorable Court to dismiss the Plaintiff's Complaint for failure to comply with Local Rule 81.1 and 28 U.S.C. 1915(g). A Memorandum of Law in support thereof is provided;

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: S:/ Jamie M. Sheehan
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6772