## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Tyrone Owens, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6800 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| Sheriff Tom Dart, Director John Doe | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Tyrone Owens
      #2007-0076179
      Cook County Jail
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on March 18, 2008 at 9:00a.m. I shall appear before the Honorable James F. Holderman in the courtroom usually occupied by him in Room 2541 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendant Cook County Sheriff Tom Dart's Motion for Judgment on the Pleadings.

                         RICHARD A. DEVINE
                         State's Attorney of Cook County

                         By:___S/ Jamie M. Sheehan_____
                               Assistant State's Attorney
                               500 Richard J. Daley Center
                               Chicago, Il 60602
                                (312) 603-6772