2-22-08

DEAR CLERK,

07 C 6800

I INADVERTENTLY MAILED OUT OTHER FORMS BUT I FORGOT TO SEND THESE ORIGINALS. PLEASE INCLUDE THESE ORIGINALS WITH MY FILINGS. THANK YOU.

TYRONE OWENS
20070076179

TYRONE OWENS
BOX # 089002
CHGO, IL. 60609

FILED
3-3-2008
MAR 3 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)
V. ) CS. NO.07-CV-6800
)
) JUDGE:HON. JAMES HOLDERMAN
SHERIFF TOM DART et al. )
    DEFENDANT )

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE. AND REQUEST THAT THIS COURT GRANT HIS MOTION FOR APPOINTMENT OF COUNSEL. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1. PLAINTIFF IS NOW ACTING PRO SE, AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY. AS PRESENTED IN HAINES v. KERNER 404 U.S. Sct.

2. PLAINTIFF HAS NOT BEEN APPOINTED A LAWYER FOR THIS CASE. AND IS NOT EXPERIENCED ENOUGH TO REPRESENT THE CONSTITUTIONAL RAMIFICATIONS THAT WILL ARISE WHILE MOVING THIS CASE TO TRIAL.

3. PLAINTIFF HAS HAD THE COURT APPOINT HIM AN ATTORNEY BEFORE IN ANOTHER CAUSE. SEE: TYRONE OWENS v. BURTON et al. 01-cv-6579. AND HE HAS FILED SEVERAL OTHER CASES THAT NEVER MADE IT TO TRIAL. PLAINTIFF DOES NOT REMEMBER THE OTHER CASES THAT WERE FILED BUT, HE PRAYS THAT THIS COURT WOULD EXCUSE HIM FOR NOT BEING ABLE TO PRESENT THEM.

4. PLAINTIFF IS INDIGENT AND CAN NOT HIRE AN ATTORNEY TO REPRESENT HIM IN THIS CASE. AND HE REQUEST THAT THAT BE A FACTOR IN DECIDING ON HIS MOTION.

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT GRANTS HIS MOTION FOR APPOINTMENT OF COUNSEL AND ORDER THE CLERK OF THE COURT TO ENTER INTO RECORD THAT THE MOTION IS GRANTED. AND APPOINT HIM AN ATTORNEY TO REPRESENT HIM IN THIS CAUSE. AND ANY OTHER REMEDIES THAT THIS COURT DEEMS JUST AND EQUITABLE.

                                      TYRONE OWENS
                                      PLAINTIFF PRO SE

TYRONE OWENS
P.O. BOX 089002
CHGO, IL. 60608

STATE OF ILLINOIS )
                  )
COUNTY OF COOK )

VERIFICATION BY CERTIFICATE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
   PLAINTIFF

V.

SHERIFF TOM DART et. al.
   DEFENDANTS

NO. 07-CV-6800

JUDGE JAMES HOLDERMAN

UNUSUAL MOTION FOR PRELIMINARY INJUNCTION

NOW COMES, TYRONE OWENS, PLAINTIFF. PRO SE, AND REQUEST THAT THIS COURT GRANT HIS MOTION/UNUSUSUAL MOTION FOR, PRELIMINARY INJUNCTION. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE. AND REQUEST THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY, AS PRECEDENTED IN HAINES V. KERNER 404 U.S. Sct..

2) PLAINTIFF HAS MADE NUMEROUS WRITTEN AND ORAL, REQUEST AND COMPLAINTS REGARDING ⓐ ACCESS TO THE LAW LIBRARY FOR: COPIES TO BE MADE, NOTARY REPUBLIC AND RESEARCH. ⓑ THE MAIL ROOM TO GIVE/SEND HIM ALL OF HIS MAIL ESPECIALLY LEGAL MAIL FROM THE/ THIS COURT THAT HAS NOT BEEN GIVEN TO HIM YET.

3) DEFENDANTS HAVE BEEN SUCCESSFULLY IMPEDING HIS LITIGATION AND WILL CONTINUE TO DO SO, BECOMINING EVEN MORE BOLDED AND SUCCESSFUL UNTIL THEY CAN GET THIS CASE "DISMISSED" FOR WANT OF PROSECUTION OR OTHER REASONS.

4) PLAINTIFF REQUEST THAT THIS COURT ISSUE COURT ORDERS THAT WILL PROTECT THE DIGNITY OF THE CONSTITUTIONAL PROCESS, AND THE PLAINTIFFS' RIGHTS. i.e. COURT ORDERS FOR: ⓐ APPOINTMENT OF COUNSEL, ⓑ ORDER FOR

PLAINTIFF TO HAVE ACCESS TO THE LAW LIBRARY 2-3 DAYS A WEEK FOR 2-3 HOUR SESSIONS, © ORDER ALLOWING PLAINTIFF TO SEND/FILE ONLY ONE COPY OF HIS FILINGS, AND MOST IMPORTANT © DOCUMENTED DELIVERY OF ALL MAIL TO PLAINTIFF.

5) THIS COURT'S MINUTE ORDER OF 2/11/08. MENTIONED THAT THIS COURT "ALREADY DENIED PLAINTIFFS MOTION FOR CLASS CERTIFICATION" HOWEVER THE DATES THAT THE COURT INDICATES ARE "SEE MINUTE ORDERS OF DEC. 11, 2007. AND JAN. 30, 2008" PLUS THE COURT ADMONISHES HIM ABOUT "BASIC FILING REQUIREMENTS" ABOUT PROVIDING "COPIES" OF EVERY DOCUMENT FILED. PLAINTIFF CAN NOT GET TO THE LAW LIBRARY TO EVEN GET COPIES MADE. PLAINTIFF HAS RECEIVED ONLY (ONE) OTHER DOCUMENT FROM THIS COURT THAT IS: DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER.

6) PLAINTIFF REQUEST THAT THIS COURT INSTRUCT THE CLERK TO SEND/MAIL HIM ALL OTHER MINUTE ORDERS. IF THIS COURT WOULD MAKE SURE THAT DEFENDANTS ACTUALLY DELIVER THE MAIL TO HIM.

7) PLAINTIFF HAS FILED A MOTION FOR APPOINTMENT OF COUNSEL. BUT HAS NO IDEA WHAT THE OUTCOME IS. AND HE REQUEST THAT THIS COURT GRANT THAT REQUEST ALSO. AS HE IS BEING RETALIATED AGAINST SO THOROUGHLY THAT, WITHOUT A LAWYER HE WILL SUFFER FROM ADDITIONAL VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS.

8) PLAINTIFF DOESN'T HAVE A COPY OF HIS 07-CV-6800 LAWSUIT AND NEEDS THE COURT TO INSTRUCT THE CLERK TO SEND HIM A COPY SO THAT HE CAN AMMEND HIS COMPLAINT AND ADD ADDITIONAL COUNTS, OR PERMIT HIM TO FILE THE ADDITIONAL COMPLAINT AND THEN "CONSOLIDATE" THE CASES/

COUNTS INTO ONE CASE.

9) PLAINTIFF WILL SUFFER GREAT IRREPARABLE INJURIES, MENTAL AND PHYSICAL, IF THE DEFENDANTS ARE ALLOWED TO CONTINUE TO VIOLATE HIS RIGHTS. AND IF A PRELIMINARY INJUNCTION IS NOT ISSUED.

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT GRANT HIS UNUSUAL MOTION FOR PRELIMINARY INJUNCTION. AND ORDER THE CLERK OF THE COURT TO: RE-SEND/MAIL PLAINTIFF COPIES OF HIS LAW-SUIT, COPIES OF ALL MINUTE ORDERS AND ISSUE AN ORDER INSTRUCTING COOK COUNTY JAIL'S MAIL-ROOM TO DOCUMENT THE DELIVERY AND RECEIPT OF HIS LEGAL MAIL EVEN THE MAILING OF SUCH. AND ISSUE AN ORDER OF THE COURT FOR THE COOK COUNTY JAILS' LAW LIBRARY (IN HIS DIVISION) TO ALLOW HIM AT LEAST 2 VISITS PER WEEK FOR AT LEAST TWO HOURS EACH SESSION. ALLOW HIM TO SUBMIT ONLY ONE COPY OF EACH FILING. UNTIL HE IS APPOINTED AN ATTORNEY TO CIRCUMVENT THE RETALIATION OF DEFENDANTS: DELAYING AND OR DESTROYING HIS LEGAL MAIL AND OTHER STEPS TO IMPEDE HIS LITIGATION. AND ANY OTHER REMEDIES THIS COURT DEEMS JUST AND EQUITABLE.

RESPECTFULLY SUBMITTED,

/s/ TYRONE OWENS

TYRONE OWENS 20070076179
BOX #089002
CHGO, IL. 60608

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
  PLAINTIFF

V.

SHERIFF TOM DART et.al.
  DEFENDANTS

CASE NO. 07-CV-6800
JDG. HON: JAMES F. HOLDERMAN
MAGISTRATE HON: MARTIN C. ASHMAN

## MOTION FOR COURT ORDER, LAW LIBRARY USAGE

NOW COMES, TYRONE OWENS, PLAINTIFF, PRO SE, AND REQUEST THAT THIS COURT GRANT HIS MOTION FOR A COURT ORDER FOR LAW LIBRARY USAGE. I SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE, AND REQUEST THIS COURT HOLD HIM TO A LESS STRIGENT STANDARD THAN THAT OF AN ATTORNEY, AS PRESEDENTED IN HAINES V. KERNER 404 U.S. Sct.

2) DEFENDANTS ARE NOW RETALIATING AGAINST PLAINTIFF AND ARE NOT ALLOWING HIM THE USE OF THE LAW LIBRARY FOR COPIES AND RESEARCH AND PREPARATION OF MOTIONS ect. PLAINTIFF KEEP SENDING REQUEST SLIPS BUT IS NOT CALLED. WHEN HE HAS BEEN CALLED, HE IS ORDERED OUT IN LESS THAN 30 MINUTES AND ONLY ONCE A WEEK AND SOMETIMES TWO WEEKS. NOT ENOUGH TIME TO PREPARE HIS CASES.

3) PLAINTIFF ADDITIONALLY REQUEST THIS COURT ALLOW HIM TO FILE ONE COPY OF HIS FILINGS. AS DEFENDANTS ARE IMPEDING HIS LITIGATION, AND NOT ALLOWING HIM PROPER ACESS TO THE LAW LIBRARY, COPIES AND OTHER SERVICES TO PROSECUTE HIS CASES.

4) PLAINTIFF HAS NO OTHER WAY TO GET RELIEF, THAN TO MOTION THIS COURT TO ISSUE AN ORDER/INJUNCTION THAT WOULD ENABLE HIM TO USE THE LAW LIBRARY.

5) PLAINTIFF DOES NOT HAVE AN ATTORNEY AND FOR THAT REASON; HE NEEDS 2-3 HOURS SESSIONS 3 TIMES A WEEK TO BE SUCCESSFUL IN THE PROSECUTION OF HIS CASES AGAINST THE DEFENDANTS.

WHEREFORE, PLAINTIFF NOW PRAYS THAT THIS HONORABLE COURT GRANTS HIS MOTION FOR A COURT ORDER FOR LAW LIBRARY USAGE, AND TO ALLOW HIM 2-3 HOURS 3-4 TIMES A WEEK. AND INSTRUCT THE CLERK TO ALSO ALLOW HIM TO FILE (ONE COPY) OF ALL FILINGS UNTIL A TRIAL HAS TAKEN PLACE.

RESPECTFULLY SUBMITTED


TYRONE OWENS