IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
  PLAINTIFF

V.

SHERIFF TOM DART et. al.
  DEFENDANT

07cv 6800
NO. 07-CV-6800
JUDGE HOLDERMAN
MAGISTRATE JUDGE MARTIN C. ASHMAN



FILED
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

## MOTION TO FILE ONE COPY OF FILINGS

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE. AND REQUEST THIS COURT GRANT HIS MOTION TO FILE ONE COPY OF FILINGS. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE. AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY AS PRECEDENTED IN HAINES V. KERNER 404 U.S. Sct.

2) PLAINTIFF HAS LITTLE OR NO ACCESS TO THE LAW LIBRARY TO MAKE THE NECESSARY COPIES INSTRUCTED BY THE COURT.

3) PLAINTIFF DONT WANT HIS CASE DISMISSED DUE TO HIM NOT MAKING THE NECESSARY COPIES. AS HE IS ALSO SUEING THE LAW LIBRARIANS AND THEY STILL REFUSE TO LET HIM COME TO THE LIBRARY STATING "YOU WELL BE CALLED ONE WEEK BEFORE YOUR NEXT COURT DATE" AND SOMETIMES IT'S MONTHS BEFORE HE'S CALLED

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT GRANT HIS MOTION TO FILE ONE COPY OF FILINGS, ANY OTHER RELIEF THIS COURT DEEDS JUST AND EQUITABLE

RESPECTFULLY SUBMITTED