IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
    PLAINTIFF

V.

SHERIFF TOM DART et. al.
    DEFENDANT

NO. 07-C-6800
JUDGE HOLDERMAN

FILED
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAR 24 2008



## MOTION TO DISMISS

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE, AND REQUEST THIS COURT GRANT HIS MOTION TO DISMISS. IN SUPPORT THEROF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE, AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY AS PRECEDENTED IN HAINES V. KERNER 404 U.S. sct.

2) DEFENDANTS FILED A MOTION TO DISMISS PLAINTIFF COMPLAINT. CITING THAT HE HAS FILED "SIX" SEPARATE LAW-SUITS AND THAT THEY WERE (ALL) DISMISSED. PLAINTIFF ONLY JUST FOUND THAT OUT. (1) THEY STATED A CLAIM (2) THEY WERE NOT FRIVOLOUS OR MALICIOUS. I DONT BELIEVE THIS COURT THOUGH SO EITHER.

3) PLAINTIFF ONLY REMEMBERS THAT HE HAS ONLY (ONE) STRIKE, AND DO NOT THINK HE EVER RECEIVED ANOTHER. FURTHERMORE HE NEVER KNEW HIS OTHER CASES WERE EVER DISMISSED. HE DIDN'T EVEN GET MINUTE ORDERS BECAUSE THE DEFENDANTS HAD IMPEDED HIS LITIGATION REPEATEDLY. SEE: TYRONES V. ROGER WALKER et al. SOUTHERN DIST, IL. 02-942-DRH. BECAUSE DEFENDANTS DID SO HE DIDN'T EVEN KNOW THE CASE NUMBERS

DEFENDANTS PLACED PLAINTIFF ON "MAIL WATCH" WHEREAS "INTERNAL AFFAIRS WOULD HOLD HIS LEGAL MAIL SAYING THAT THEY WERE MONITORING "INMATES ILLEGAL COMMUNICATION" BETWEEN "THE COURT AND ATTORNEYS" SEE: EXHIBIT FROM MAIL ROOM SUPERVISOR AT MENARD CORRECTIONAL CENTER (AFFIDAVIT) IN OWENS V. WALKER 02-942-DRH SOUTHERN DISTRICT, ILLINOIS. DEFENDANTS STOLE/DESTROYED ANY DOCUMENTS THAT AIDED THEM IN GETTING THE CASE DISMISSED JUST AS DEFENDANTS ARE DOING HERE AT COOK COUNTY JAIL. THE CASE WAS DISMISSED. I COULDN'T STOP THE STEALING LOCKED IN A CELL 24 HRS A DAY 2 YRS.

4.) BECAUSE OF THE CONTINUED RETALIATION OF JAIL/PRISONS DEFENDANTS, PLAINTIFF REQUEST THAT THIS COURT GRANT HIS MOTION AND DENY DEFENDANTS MOTION TO DISMISS. AND SCHEDUAL(E) THIS CASE FOR TRIAL. PLAINTIFF ADMITTED HE FILED OTHER CASES BUT DID NOT REMEMBER THEM SEE: FILINGS

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT GRANT HIS MOTION TO DISMISS DEFENDANTS MOTION TO DISMISS. AND ORDER THIS CASE TO TRIAL. (FAST TRACKED)

RESPECTFULLY SUBMITTED

TYRONE OWENS

TYRONE OWENS
BOX #089002
CHGO, IL. 60608