IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS
   PLAINTIFF

V.

SHERIFF TOM DART et,al.
   DEFENDANT

07CV6800 6800
NO. 07-C-6800
JUDGE HOLDERMAN
MAGISTRATE JUDGE MARTIN C. ASHMAN

FILED
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 24 2008

## MOTION FOR CONSENT TO MAGISTRATE JUDGE

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE. AND REQUEST THIS COURT GRANT HIS MOTION FOR CONSENT TO MAGISTRATE JUDGE. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE. AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY AS PRECEDENTED IN HAINES V. KERNER 404 U.S. Sct.

2) PLAINTIFF DID NOT RECEIVE A CONSENT TO MAGISTRATE JDG. DEFENDANTS CONTINUE TO MISPLACE, STEAL AND OR DESTROY SOME OF THIS COURTS MINUTE ORDERS.

3) PLAINTIFF JUST RECEIVED THIS COURTS 3-6-08 MINUTE ORDER AND DOCKET, AND ONLY THEN NOTICED THE CONSENT FOR MAGISTRATE WAS SENT ON 12-11-07, PLAINTIFF BEG'S THE COURT TO ALLOW THIS CONSENT TO SURFICE.

4) PLAINTIFF ALSO NOTICED THAT HE DID'NT SEND THE DEFENDANTS NAME AS (DIRECTOR GOMINEZ, DIRECTOR OF THE JAIL) AND REQUEST THE RECORD TO REFLECT THAT. AND SERVE THAT DEFENDANT

5) PLAINTIFF NOW PRAYS THAT THIS COURT GRANT HIS MOTION AND ALSO INSTRUCT THE CLERK TO MAIL HIM A COPY OF ALL OF HIS FILINGS AS DEFENDANTS HAS NOT ALLOWED HIM

TO GET HIS PRIOR LEGAL MAIL. (PARTS ARE NOT GIVEN.

WHEREFORE, PLAINTIFF NOW PRAYS THAT THIS COURT GRANT HIS MOTION FOR CONSENT TO MAGISTATE JUDGE. AND SERVE DEFENDANT DIRECTOR GOMINEZ AND MAIL HIM COPYS OF HIS TWO LATEST COMPLAINTS. ANY OTHER RELIEF THE COURT DEEM JUST AND EQUITABLE.

RESPECTFULLY SUBMITTED
TYRONE OWENS

TYRONE OWENS
BOX#089002
CHGO, IL. 60608