## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Tyrone Owens

               Plaintiff,

v.                                  Case No.: 1:07–cv–06800

                                  Honorable James F. Holderman

Tom Dart, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

     MINUTE entry before Judge Honorable James F. Holderman: Case called for status hearing. Counsel for defendant appears and reports that plaintiff is not available by telephone today. Status hearing is continued to 4/25/2008 at 9:30 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.