IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

TYRONE OWENS
    PLAINTIFF

V.

SHERIFF TOM DART
    DEFENDANT

NO. 07-C-6800

MAR 25 2008
FILED
MAR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO PARDON

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE AND REQUEST THIS COURT GRANT HIS MOTION TO PARDON IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE AND REQUEST THAT THIS COURT HOLDS HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY. AS IN HAINES V. KERNER 404 U.S. Sct.

2) PLAINTIFF FORGOT TO MAIL THIS CERTIFICATE OF SERVICE, AND REQUEST THAT THE COURT ALLOW THIS ONE THATS SENT TWO DAYS LATER. SEE: ENCLOSED.

3) PLAINTIFF SENT: MOTION FOR FILING ONE FILING, MOTION TO DISMISS, APPEAL DENIED ATTORNEY APPOINTMENT AND ONE OTHER. AND IT WAS VERY HARD TO GET COPIES HE USED HIS CLOTHES WASHING SKILLS TO GET COPIES MADE AND CAN'T DO SO AGAIN.

RESPECTFULLY SUBMITTED

/s/ TYRONE OWENS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
 )
V. ) NO. 07-CV 6800
 ) JUDGE: JAMES F. HOLDERMAN
SHERIFF TOM DART et al. )
    DEFENDANTS )
 )

### PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT OFFICE
    U.S. DIST. COURT CLERK
    219 S. DEARBORN STREET
    CHICAGO, IL. 60604

TO: COOK COUNTY STATES ATTORNEY'S
    ASST. STATES ATTY. JAMIE M. STANTON
    500 RICHARD J. DALEY CENTER
    CHICAGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL/CORRECTIONS. ON ▓▓/08

3-12-08

*/s/ Tyrone Owens*
TYRONE OWENS

TYRONE OWENS
BOX#089002
COUNTY JAIL
CHGO, IL. 60608

---

DEAR CLERK, I FORGOT TO SEND THIS WITH YESTERDAYS MOTIONS. I'LL TRY NOT TO DO IT AGAIN. PLEASE ACCEPT WITH THOSE MOTIONS AND RESPOND TO THIS. THANKS, YOUR #1 FAN,

TYRONE OWENS