IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS

TYRONE OWENS
    PLAINTIFF

V.

SHERIFF TOM DART et. al.
    DEFENDANTS

NO. 07-C-6800
JUDGE HOLDERMAN
MAGISTRATE JUDGE MARTIN C. ASHMAN

FILED
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 26 2008

## APPEAL MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE, AND REQUEST THIS COURT GRANT HIS APPEAL FOR MOTION FOR APPOINTMENT OF COUNSEL. IN SUPPORT THEROF, PLAINTIFF AVERS THE FOLLOWING:

1). PLAINTIFF IS NOW ACTING PRO SE, AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY. AS PRECEDENTED IN HAINES V. KERNER 404 U.S.

2). PLAINTIFF IS IN DIRE NEED OF AN EXPERIENCED ATTORNEY. AS THE DEFENDANT HAVE VAST RESOURCES AND THEY ARE CONTINUING AND NOW EXPANDING THEIR RETALIATION AT THE JAIL. e.g. DENYING HIM LAW LIBRARY ACCESS, STEALING, LOSING AND/OR DESTROYING HIS INCOMING AND OUTGOING LEGAL MAIL, ALLOWING AND COERSING OTHER DETAINEE'S TO ATTACK AND STOMP HIM, CREATING SEVERE RESTRICTIVE SITUATIONS

3) PLAINTIFF WILL SUFFER SEVERE MENTAL AND PHYSICAL INJURIES IF HE IS NOT GRANTED HIS APPEAL AND APPOINTED COUNSEL.

WHEREFORE, PLAINTIFF PRAYS THAT HIS APPEAL IS GRANTED AND HE'S APPOINTED COUNSEL.

RESPECTFULLY SUBMITTED

TYRONE OWENS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)
)
V. ) NO.07-CV 6800
) JUDGE:JAMES F. HOLDERMAN
SHERIFF TOM DART et al. )
    DEFENDANTS )
)

PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT OFFICE
    U.S. DIST. COURT CLERK
    219 S. DEARBORN STREET
    CHICAGO, IL. 60604

TO: COOK COUNTY STATES ATTORNEY'S
    ASST. STATES ATTY. JAMIE M. STANTON
    500 RICHARD J. DALEY CENTER
    CHICAGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL/CORRECTIONS. ON 3/21/08

/s/ TYRONE OWENS

TYRONE OWENS
BOX#089002
COUNTY JAIL
CHGO, IL. 60608