UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE OWENS, 2007-0076179 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6800 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| SHERIFF TOM DART, and DIRECTOR | ) | |
| JOHN DOE | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)

Now comes Defendant Sheriff TOM DART, through his attorney, Richard A. Devine, State's Attorney of Cook County, by his assistant Jamie M. Sheehan, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Honorable Court to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief can be granted. A Memorandum of Law in support thereof is provided;

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: S:/ Jamie M. Sheehan
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6772