UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tyrone Owens, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6800 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| Sheriff Tom Dart, Director John Doe | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Tyrone Owens
     #2007-0076179
     Cook County Jail
     P.O. Box 089002
     Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on April 10, 2008 at 9:00a.m. I shall appear before the Honorable James F. Holderman in the courtroom usually occupied by him in Room 2541 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendant Cook County Sheriff Tom Dart's Motion to Dismiss.

                    RICHARD A. DEVINE
                    State's Attorney of Cook County

                    By:___S/ Jamie M. Sheehan_____
                         Assistant State's Attorney
                         500 Richard J. Daley Center
                         Chicago, Il 60602
                         (312) 603-6772