**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Tyrone Owens
                    Plaintiff,
v.                                              Case No.: 1:07−cv−06800
                                                Honorable James F. Holderman
Tom Dart, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

MINUTE entry before Judge Honorable James F. Holderman: On defendant Cook county Sheriff Tom Dart's motion to dismiss [37], response due by 5/20/2008; reply due by 6/3/2008. The Court to rule electronically and will set further dates at the time of ruling. The telephone status hearing date of 4/25/2008 is stricken. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.