IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

MHW

TYRONE OWENS
PLAINTIFF

V.

SHERIFF TOM DART et.al.
DEFENDANT

NO. 07-C-6800
JUDGE HOLDERMAN

**FILED**
APR 2 9 2008
4-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RESPONSE/ANSWER

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE, AND REQUEST THIS COURT GRANT HIS MOTION FOR TRIAL AND HIS RESPONSE/ANSWER. IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1). PLAINTIFF IS NOW ACTING PRO SE. AND REQUEST THAT THIS COURT ~~...~~ HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY, AS PRECEDENTED IN HAINES V. KERNER 404 U.S. 519, 521 (1972);

2). PLAINTIFF HAS ABSOLUTLY NO IDEA WHAT TO SAY/DO NOW SINCE THE COURT SENT THIS MINUTE ORDER. SO HERE IS MY BEST RESPONSE.

3). THE DEFENDANTS WERE SUED IN BOTH INDIVIDUAL AND OFFICIAL CAPACITIES AND UNDER COLOR OF LAW. IF ANY OF THIS WAS NOT PUT IN THE ORIGINAL COMPLAINT. PLAINTIFF AND SEVERAL OTHERS IN THE REQUESTED "CLASS ACTION" ALL SENT LETTERS AND GRIEVANCES/COMPLAINTS DIRECTLY TO DEFENDANT "DART AND GORDINEZ (FORMALLY KNOWN AS DEFENDANT "JOHN DOE" LET THE RECORD REFLECT HE'S THE DIRECTOR), THEY NEVER RESPONDED. SEE: AFFIDAVITS IN MOTION TO CERTIFY CLASS.

4). THE DEFENDANTS (KNEW) UNDOUBTEDLY THAT THEIR ACTIONS WOULD AND DID CAUSE OTHER'S INJURY. SEE OTHER SUITS FILED

5). DEFENDANTS IS, THE SHERIFF AND THE JAIL DIRECTOR (DART & GORDINEZ) INTENTIONALLY ALLOWED THE UNLAWFUL LOCK-DOWN CONDITIONS, NASTY SHOWERS AND RETALIATION TECNIQUES USED BY THEIR AGENTS.

6). THEIR CONDUCT DID AND DOES VEOLATE CLEARLY ESTABLISHED STATUTORY AND CONSTITUTIONAL RIGHTS OF WHICH THEY REASONABLY WOULD HAVE KNOWN

7). IN RESPONSE TO: OFFICIAL CAPACITY CLAIM; PLAINTIFF AND MANY OTHER DETAINEES HE GOT AFFIDAVITS FROM, (SEE: CLASS CERTIFICATION MOTION) HAS HAD SEVERAL "INJURIES" AS A DIRECT RESULT OF THE ILLEGAL, UNCONSTITUTIONAL POLICY WHICH DIRECTOR GORDINEZ AND DART HAS IMPLEMENTED.

8). AN EXPRESS POLICY HERE VEOLATES OUR RIGHTS, THE WIDESPREAD PRACTICE WHICH IS A "FORCE OF LAW" NOW IS ILLEGAL, DONE BY PERSON WITH FINAL POLICY MAKING AUTHORITY. HENCE, PLAINTIFF (HAS) CLEARLY STATED A CLAIM. AND DID SATISFY ALL AREAS TO CONSTITUTE A VALID CLAIM (TRIABLE).

WHEREFORE, PLAINTIFF PRAYS THAT HIS RESPONSE IS GRANTED AND DEFENDANTS MOTION TO DISMISS IS DENIED. AND THIS CASE ORDERED TO JURY/BENCH TRIAL.

RESPECTFULLY SUBMITTED

TYRONE OWENS

TYRONE OWENS
20070076179
BOX #089002
CHGO, IL, 60608

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
  )
V. ) NO. 07-CV 6800
  ) JUDGE: JAMES F. HOLDERMAN
SHERIFF TOM DART et al. )
    DEFENDANTS )

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT OFFICE
    U.S. DIST. COURT CLERK
    219 S. DEARBORN STREET
    CHICAGO, IL. 60604

TO: COOK COUNTY STATES ATTORNEY'S
    ASST. STATES ATTY. JAMIE M. STANTON
    500 RICHARD J. DALEY CENTER
    CHICAGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL/CORRECTIONS. ON ~~~~/08

4/19/08

TYRONE OWENS
BOX#089002
COUNTY JAIL
CHGO, IL. 60608