IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)
V. )  NO. 07-C6800
)   JUDGE: JAMES F. HOLDERMAN
SHERIFF TOM DART et. all )  MAGISTRATE JUDGE: MARTIN C. ASHMAN
    DEFENDANT )
)
)

FILED
07C6800
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO CONSOLIDATE

NOW COMES, TYRONE OWENS, PLAINTIFF, PRO. SE. AND REQUEST THAT THIS COURT GRANT HIS MOTION TO CONSOLIDATE IN SUPPORT THEROF PLAINTIFF AVERS THE FOLLOWING:

1. PLAINTIFF IS NOW ACTING PRO SE AND REQUEST THAT THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY AS PRECEDENTED IN HAINES V. KERNER 404.

2). PLAINTIFF HAS ANOTHER CASE 08-C-1330 PENDING IN THIS COURT ALSO, AND IS HAVING A VERY DIFFICULT TIME BUYING SOAP, DEODORANT AND OTHER TOILETRIES AS IT IS. HAVING TO PAY AN ADDITIONAL FEE CAUSES HIM TO USE THE JAIL'S TRADING UNDERGROUND AND OTHER ACTIVITIES TO CIRCUMVENT STEALING OR ANY OTHER DESPERATE ACTS TO HAVE HIS NECESSITIES. AND REQUEST THAT THIS COURT ALLOW HIM TO PAY ONE FEE, AS BOTH CASES ARE IN THE SAME HONORABLE COURT.

3) PLAINTIFF HAS HAD TO PAY FOUR INMATE/DETAINEES SEVERAL TRAYS/FOOD TRAYS TO PAY FOR COPIES THEY MAKE FOR HIM HE HAS HAD HIS LITTLE MONEY TAKEN FOR COURT AND COPIES. IT WOULD CAUSE HIM MUCH DISCOMFORT AND MONEY TO CONTINUE PAYING IN THIS MANNER.

WHEREFORE, PLAINTIFF, PRAYS THAT THIS HONORABLE COURT GRANT HIS MOTION TO CONSOLIDATE CASE #07-C-6800 WITH 08-C-1330 AS THEY BOTH ARE IN THE EXACT SAME COURT. AND ANY OTHER RELIEF THIS COURT DEEM JUST AND EQUITABLE.

RESPECTFULLY SUBMITTED
TYRONE OWENS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)
V. ) NO.07-CV 6800
) JUDGE:JAMES F. HOLDERMAN
SHERIFF TOM DART et al. )
    DEFENDANTS )

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT OFFICE
    U.S. DIST. COURT CLERK
    219 S. DEARBORN STREET
    CHICAGO, IL. 60604

TO: COOK COUNTY STATES ATTORNEY'S
    ASST. STATES ATTY. JAMIE M. STANTON
    500 RICHARD J. DALEY CENTER
    CHICAGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL/CORRECTIONS. ON 4/12/08

_/s/ Tyrone Owens_

TYRONE OWENS
BOX#089002
COUNTY JAIL
CHGO, IL. 60608

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)
)
V. )   NO. 08-cv-1330
)   JUDGE:HOLDERMAN
SHERIFF TOM DART et.al. )
)

PROFF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT
    U.S. DIST. COURT CLERK
    219 SDEARBORN STREET
    CHGO,IL.60604

TO:COOK COUNTY STATES ATTORNEY
    ASST. STATES ATTY. JAMIE M. STANTON
    500 RICHARD J. DALEY CENTER
    CHGO,IL. 60602

I,TYRONE OWENS, SWEAR UNDER PEANALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S.DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BYPLACING IT IN THE MAIL AT THE COOK COUNTY JAIL ON: 4/15/08

TYRONE OWENS
20070076179
BOX# 089002
CHGO,IL. 60608