# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6800 | **DATE** | May 29, 2008 |
| **CASE TITLE** | Tyrone Owens (#2007-0076179) vs. Sheriff Tom Dart, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion to consolidate [#43] is denied pursuant to Fed. R. Civ. P. 18(a) and 20(a). Case No. 07 C 6800 involves allegations of inhumane conditions of confinement and retaliation, while Case No. 08 C 1330 relates to the plaintiff's medical care. The plaintiff must pursue separate lawsuits in connection with these unrelated claims. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

■ [**Docketing to mail notices.**]

mjm