UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE OWENS, 2007-0076179 | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6800 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | James F. Holderman |
| SHERIFF TOM DART, and DIRECTOR | ) | |
| JOHN DOE | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

### NOTICE OF FILING

To: Tyrone Owens
 # 2007-0076179
 Cook County Department of Corrections
 P.O. Box 089002
 Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on June 3, 2008, I filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint.

                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

                              By:   s/Jamie M. Sheehan
                                    Jamie M. Sheehan
                                    Torts/Civil Rights Litigation Section
                                    500 Richard J. Daley Center
                                    Chicago, Il 60602
                                    (312) 603-6772
                                    ARDC #6257647