**RECEIVED**
APR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**
JUN 1 1 2008
6-11-2008
JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction By a United States Magistrate Judge

Case Title: TYRONE OWENS PLAINTIFF v. SHERIFF TOM DART et. al DEFENDANT

Case Number: 07-C-6800

Assigned Judge: JAMES F. HOLDERMAN

Designated Magistrate Judge: MAGISTRATE MARTIN C. ASHMAN/ASHMAN

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

3-28-08  By: [signature]  TYRONE OWENS
Date     Signature         Name of Party or Parties

____ By: ____  ____
Date  Signature  Name of Party or Parties

____ By: ____  ____
Date  Signature  Name of Party or Parties

____ By: ____  ____
Date  Signature  Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| | |
|---|---|
| Case Title<br>TYRONE OWENS<br><br>V.<br><br>THOMAS DART, et al. | Case Number: 07 C 6800<br><br>Assigned Judge: Holderman<br><br>Designated<br>Magistrate Judge: Ashman |

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| 05/15/2008 | By: S:/ Jamie M. Sheehan | Cook County Sheriff Thomas Dart |
|---|---|---|
| Date | Signature | Name of Party or Parties |
| | By: | |
| Date | Signature | Name of Party or Parties |
| | By: | |
| Date | Signature | Name of Party or Parties |
| | By: | |
| Date | Signature | Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.