## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | MARTIN C. ASHMAN | Sitting Judge if Other than Assigned Judge | 8/29/2008 |
|---|---|---|---|
| CASE NUMBER | 07 C 6800 | DATE | |
| CASE TITLE | Tyrone Owens (#2007-0076179) vs. Sheriff Tom Dart, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of July 22, 2008, the court revoked the plaintiff's *in forma pauperis* and directed him to pay the remaining balance of the statutory filing fee pursuant to 28 U.S.C. § 1915(g). The plaintiff was forewarned that failure to pay the filing fee within thirty days would result in summary dismissal of this case. Nevertheless, over thirty days have elapsed and the plaintiff has not responded to the court's order. Accordingly, the case is dismissed for non-payment of the filing fee. *See* N.D. Ill. Local Rule 3.3(e).

*[signature]*

Docketing to mail notices.

FILED
2008 AUG 29 PM 12:26
CLERK
U.S. DISTRICT COURT

mjm