IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT

OWENS
PLAINTIFF

v.

DART et al.,
DEFENDANT

07cv6800
NO. 07-C-6800
JUDGE HOLDERMAN
JDG. ASHMAN (MAGISTRATE)

FILED
SEP 10 2008 LCW
SEP 1 0 2008
SEP 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO PARDON

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE, AND REQUEST THAT THIS COURT GRANT HIS MOTION TO PARDON, IN SUPPORT THEREOF, PLAINTIFF AVERS THE FOLLOWING:

1). PLAINTIFF IS NOW ACTING PRO SE AND REQUEST THIS COURT HOLD HIM TO A LESS STRIGENT STANDARD THAN THAT OF AN ATTORNEY AS PRECEDENTED IN HAINES V. KERNER 404 US.

2). PLAINTIFF MAY HAVE FORGOTTEN TO SEND A SERVICE SHEET WITH HIS FILING PLEASE PARDON THAT ONCE MORE AND USE THIS ONE, AND THE LIBRARY REFUSES TO GIVE ME COPIES BECAUSE I'M SUING THEIR FRIENDS, PLEASE ALLOW THIS ONE FILING I'M IN HOSPITAL FOR BEING BEATEN WITH MY WALKING CANE, BEAT (UNCONSCIOUS)

WHEREFORE I PRAY THAT YOU ALLOW THE MOTION TO PROCEED AND ALLOW ME THE RELIEF THE MOTIONS REQUEST. ANY OTHER RELIEF THIS COURT DEEMS JUST AND EQUITABLE.

RESPECTFULLY SUBMITTED

/s/ TYRONE OWENS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

| | |
|---|---|
| TYRONE OWENS<br>PLAINTIFF<br><br>V.<br><br>SHERIFF TOM DART<br>DEFENDANT | NO. 07-cv-6800<br><br>JUDGE HOLDERMAN |

### PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT
    U.S. DIST. COURT CLERK
    219 S. DEARBORN STREET
    CHGO, IL. 60604

TO: ASSISTANT STATES ATTORNEY
    JAMIE M. STANTON
    500 RICHARD J. DQLEY CENTER
    CHGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PEANALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL. ON: 8-12-08

TYRONE OWENS
P.O. BOX #089002
COOK COUNTY JAIL
CHGO, IL. 60608