IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS

V.

SHERIFF TOM DART et al.

FILED
Sep 10, 2008
SEP 10 2008
SEP 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6800
NO. 07-C-6800
JUDGE HOLDERMAN
MAGISTRATE: MARTIN C. ASHMAN

### UNUSUAL MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES, TYRONE OWENS, PLAINTIFF PRO SE. AND REQUEST THAT THIS COURT GRANT HIS UNUSUAL MOTION TO DISMISS WITHOUT PREJUDICE. IN SUPPORT THERE OF, PLAINTIFF AVERS THE FOLLOWING:

1) PLAINTIFF IS NOW ACTING PRO SE. AND REQUEST THIS COURT HOLD HIM TO A LESS STRINGENT STANDARD THAN THAT OF AN ATTORNEY, AS PRECEDENTED IN HAINES V. KERNER 404 US.

2) PLAINTIFF ONLY PICKED UP (ONE) STRIKE AND IT WAS RECOGNIZED AND MENTIONED IN A MINUTE ORDER WHEN DEFENDANTS ATTEMPTED TO HAVE THIS CASE DISMISSED FOR REASONS THAT I HAD THREE STRIKES. I DID NOT HAVE THREE STRIKES.

3) I'M NOT AN EXPERIENCED ATTORNEY. BUT I KNOW I ONLY HAD ONE STRIKE, I HAD FILED OTHER CASES, BUT DEFENDANTS RETALIATED DAILY AND EVEN SHOOK DOWN MY CELL, STOLE LEGAL MAIL, AND DESTROYED MAIL ANYTHING SO I'D LOSE MY CASES. I DID LOSE OWENS V. BURGESS et al. AND JUST FOUND OUT THAT OTHER CASES I THOUGHT NEVER WERE FILED WERE DISMISSED. NONE WERE "FRIVOLOUS" OR "FAILED TO STATE A CLAIM", ONLY WERE DISMISSED BECAUSE OF OTHER REASONS, I DON'T KNOW BECAUSE ALL EVIDENCE AND COPIES WERE STOLEN/DESTROYED. BY DEFENDANTS ON SHAKE DOWN OF MY CELL

4) I NEED THAT TO BE CORRECTED TO REFLECT "ONE STRIKE" ONLY

5) I NEED THIS CASE DISMISSED. SO I CAN STOP THE COUNTY FROM TAKING ALL OF MY $20 A MONTH FOR FILING FEES FOR THIS CASE AND FOR OWENS V. ALL 08-C-1330 I NEED SOAP, DEODORANT, TOOTHPASTE AND OTHER PRODUCTS, THAT I NOW HAVE TO USE THE JAILS UNDERGROUND TACTICS TO GET MY SELF HYGIENE PRODUCTS. AND I EVEN TRADE OFF MY FOOD TRAYS, THIS IS TATAMOUNT TO CRIMINAL BEHAVIOR.

6) I HAVE A MORE LIFE THREATNING CASE TO ATTEND TO 08-C-1330 I'M TIRED OF THESE BEATINGS AND FALSE CRIMINAL CHARGES. SO IF I REALLY MUST DISMISS ALL OF MY LAW SUITS TO GET THE FALSE CHARGES THROWN OUT, THEN DISMISS THEM ALL, I'M NOT GUILTY! I'M BEING RETALIATED

AGAINST FOR THESE LAWSUITS. I JUST GOT OUT OF A WHEELCHAIR RECENTLY FROM ATTACKS/BEATINGS HERE AT COOK COUNTY JAIL SEE: OWENS V. BURTON 01-C-6579 IN JDG. ASHMANS COURT. I SETTLED BECAUSE I WAS SCARED OF C/O IN COURT AND HALLWAYS I'M RETALIATED FOR THAT THEN AND THESE TWO CASES NOW. I QUIT. WITHOUT AN ATTORNEY I CAN'T FIGHT BACK. I GOT BEAT AGAIN WITH MY "CANE" I LOSS CONSCIOUSNESS I'M HURT BAD AND WITHOUT AN ATTORNEY TO HELP ME I WILL BE HURT OVER AND OVER AGAIN. I FEAR FOR MY LIFE (HOSPITALIZED TWICE)

WHEREFORE, I PRAY THAT THIS COURT GRANT MY MOTION TO DISMISS WITHOUT PREJUDICE, AND ORDER THE CONSOLIDATION OF FILING FEES OR STOP FEES FOR THIS CASE. ANY AND ALL OTHER RELIEF THIS COURT DEEMS JUST AND EQUITABLE, AND APPOINT A TEMPORARY OR PERMANENT COUNSEL TO MY CASES, AND A T.R.O./P.I. — RESTRAINING ORDER +OR PRELIMINARY INJUNCTION

RESPECTFULLY SUBMITTED
By
Tyrone Owens

HELP ME!

I KEEP BEING ATTACKED AND PUT IN THE HOSPITAL, THEN THEY "HIDE" ME BY PLACING ME IN THE "HOLE" — SEGREGATION (I'M IN NOW FOR BEING BEATEN WITH MY CANE. I WAS SLEEP WHEN ATTACKED SEE: 8-23-24-08 HE TRIED TO KILL ME HE SAID IT TOO! AND WOKE UP @ MT. SINIA HOSPITAL. JUST CHECK THE RECORDS. I NEED THE COURTS PROTECTION. AND TO BE ALLOWED TO FILE "ONE" COPY I CAN'T GET COPIES MADE IN "SEG". HELP ME JUDGE JUST APPOINT AN ATTORNEY TO TALK TO ME AND TO COLLECT RECORDS/PROOF OF THESE VIOLATIONS AND GET THE PICTURES OF MY MANY INJURIES FROM THE ATTACKS FROM: COLEEN KOCK OR DEBRA WHITE MY PUBLIC DEFENDER AND HER SUPERVISOR. HER "INVESTIGATOR" CAME AND TOOK PICTURES. I WILL TELL (ALL) I KNOW ABOUT THE MURDER THAT MY ATTACKER/ CELL-MATE TOLD ME (ALL) ABOUT AND I WILL TESTIFY @ TRIAL TO CONVICT HIM. I TRIED TO TELL THE SHERIFF'S POLICE, BUT THEY DON'T CARE BECAUSE I FILE LAWSUITS. HELP ME! PLEASE I'LL TAKE A POLY-GRAPH TEST TOO.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)
V. ) NO.07-CV 6800
) JUDGE:JAMES F. HOLDERMAN
SHERIFF TOM DART et al. )
    DEFENDANTS )

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT OFFICE
    U.S. DIST. COURT CLERK
    219 S. DEARBORN STREET
    CHICAGO, IL. 60604

TO: COOK COUNTY STATES ATTORNEY'S
    ASST. STATES ATTY. JAMIE M. STANTON
    500 RICHARD J. DALEY CENTER
    CHICAGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL/CORRECTIONS. ON 8/28/08

TYRONE OWENS
BOX#089002
COUNTY JAIL
CHGO, IL. 60608